**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __**11**__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Ingenu Inc.** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | **FKA  On-Ramp Wireless, Inc.** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2162744** | |

4.  **Debtor's address**

**Principal place of business**

**113 West G Street, Suite 1686**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

**San Diego**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5.  **Debtor's website** (URL)    **Ingenu.com**

6.  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Ingenu Inc.**
      Name

Case number (*if known*) _____

---

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
    __3342__

---

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| Debtor | | Relationship |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

---

Debtor    **Ingenu Inc.**
          Name                                                    Case number (*if known*) _____

---

**11. Why is the case filed in** *this district?*    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency    _____
         Contact name       _____
         Phone              _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☑ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☑ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☑ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor   **Ingenu Inc.**               Case number (*if known*) _____
      Name

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2020**
               MM / DD / YYYY

X _____      **Alvaro Gazzolo**
      Signature of authorized representative of debtor      Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

X **/s/ Christopher V. Hawkins** _____     Date   **July 27, 2020**
   Signature of attorney for debtor                            MM / DD / YYYY

**Christopher V. Hawkins 222961**
Printed name

**Sullivan Hill Rez & Engel, A Professional Law Corporation**
Firm name

**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
Number, Street, City, State & ZIP Code

Contact phone   **(619) 233-4100**     Email address   **hawkins@sullivanhill.com**

**222961 CA**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Ingenu Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

X _~~signature~~_

Executed on __**July 27, 2020**__

Signature of individual signing on behalf of debtor

**Alvaro Gazzolo**
Printed name

**Chief Executive Officer**
Position or relationship to debtor

---

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Ingenu Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

---

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Tower Corporation  ATC 2655 Richmond Ave, Staten Island, NY 10314** | | **Trade Claim** | | | | $533,928.49 |
| **BlueStream Professional Services, LLC 3305 Hwy 60 West Faribault, MN 55021** | | **Trade Claim** | | | | $136,250.54 |
| **Crown Castle USA Inc. 55 Broad St 2nd floor New York, NY 10004** | | **Trade Claim** | | | | $1,975,304.12 |
| **DDH Enterprise, Inc 2220 Oak Ridge Way Vista, CA 92081** | | **Trade Claim** | | | | $336,050.05 |
| **Delaware Secretary of State 820 N. French St., 4th Floor Wilmington, DE 19801** | | **Trade Claim** | **Unliquidated Disputed** | | | $269,897.40 |
| **Flex 9 W 57th St, New York, NY 10019** | | **Trade Claim** | | | | $993,959.13 |
| **Flextronics International USA Inc 6201 AMERICA CENTER DRIVE San Jose, CA 95002** | | **Entered Judgment** | | | | $1,208,400.00 |
| **Foley & Lardner LLP 90 Park Avenue New York, NY 10016-1314** | | **Trade Claim** | | | | $178,150.44 |

Official form 204                     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                     page 1

Debtor   **Ingenu Inc.**                                                    Case number *(if known)*
_____                                    _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HiTem, Inc. 7420 Carroll Road San Diego, CA 92121 | | Trade Claim | | | | $549,315.10 |
| KBSII Horizon Tech Center, LLC 10343 Meanley Dr San Diego, CA 92131 | | Trade Claim | | | | $222,548.41 |
| LogiSense Corporation 278 Pinebush Rd #101 Cambridge, Ontario N1T1Z6 | | Trade Claim | | | | $174,876.84 |
| MISSION FEDERAL CREDIT UNION 10325 Meanley Drive San Diego, CA 92131 | | Trade Claim | | | | $96,902.00 |
| OSI Electronics 12533 Chadron Ave Hawthorne, CA 90250 | | Trade Claim | | | | $142,542.74 |
| Phoenix Mecano, Inc. 7330 Executive Way Frederick, MD 21704 | | Judgment by Court | | | | $157,814.88 |
| SBA Network Services, LLC 8051 Congress Ave Boca Raton, FL 33487 | | Trade Claim | | | | $1,102,012.38 |
| Tower Resource Management, LLC 16 Chestnut Street Ste 400 Foxboro, MA 02035-1462 | | Trade Claim | | | | $99,427.32 |
| TTM Technologies 1665 Scenic Avenue Suite 250 Costa Mesa, CA 92626 | | Default Judgment | | | | $101,536.88 |
| WellAware Holdings Inc. 3424 Paesanos Pkwy #200 San Antonio, TX 78231 | | Trade Claim | Unliquidated | | | $218,400.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Ingenu Inc. | | Case number *(if known)* | |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **William Schmidt 1749 NE Miami Ct Unit 211 Miami, FL 33132** | | **Employee Wage Claim** | | | | **$75,526.71** |
| **Witz Communications Inc. 555 Fayetteville St #300 Raleigh, NC 27601** | | **Trade Claim** | | | | **$79,943.50** |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    **Ingenu Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*....................................................................    $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*....................................................................    $      **1,501,022.00**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*....................................................................    $      **1,501,022.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $      **44,571,195.07**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      **12,008.75**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$      **10,854,870.33**

4.   **Total liabilities** ...................................................................................................
   Lines 2 + 3a + 3b        $      **55,438,074.15**

**Fill in this information to identify the case:**

Debtor name **Ingenu Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **East West Bank**<br>**135 N. Los Robles Ave.,**<br>**Suite 600**<br>**Pasadena, CA 91101** | **Checking Account** | **6254** | **$22.00** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**                                                           **$22.00**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**  Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

| 11a. 90 days old or less: | **31,000.00** | - | **0.00** | = .... | **$31,000.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor **Ingenu Inc.**
Name

Case number *(If known)* _____

---

| 12. | **Total of Part 3.** | $31,000.00 |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**  **Investments**

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** Name of entity:    % of ownership | | |
| 15.1. | **Interest in Indonesian Subsidiary - PT Ingenu IoT Indonesia**    99.99   % | | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** Describe: | | |

| 17. | **Total of Part 4.** | $0.00 |
|---|---|---|
| | Add lines 14 through 16.  Copy the total to line 83. | |

**Part 5:**  **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** **Parts for 900 Access Points** **Access Points are valued at $1,200 each.** | | $1,080,000.00 | Recent cost | $1,080,000.00 |
| 21. | **Finished goods, including goods held for resale** **200 Completed Access Points** | | $240,000.00 | Recent cost | $240,000.00 |
| 22. | **Other inventory or supplies** | | | | |

| 23. | **Total of Part 5.** | $1,320,000.00 |
|---|---|---|
| | Add lines 19 through 22.  Copy the total to line 84. | |

24. **Is any of the property listed in Part 5 perishable?**
■ No

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Ingenu Inc.**                                           Case number *(If known)* _____
_____
Name

☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Various - has been in storage since 2016.** | Unknown | | Unknown |
| 40. | **Office fixtures** **Various - has been in storage since 2016.** | Unknown | | Unknown |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Various - has been in storage since 2016.** **Debtor estimate of value below includes furniture, fixtures and equipment.** | $150,000.00 | N/A | $150,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.

       | $150,000.00 |
       |---|

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

- ■ No. Go to Part 9.
- ☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**See Patent and Trademark Portfolio Attached.** | **Unknown** | | **Unknown** |
| 61. | **Internet domain names and websites**<br>**www.ingenu.com** | **Unknown** | | **Unknown** |
| 62. | **Licenses, franchises, and royalties**<br>**Ingenicas License**<br>**Ingenicas paid 250k to Ingenu** | **Unknown** | | **Unknown** |
| | **Trilliant License**<br>**Trilliant paid 0 to Ingenu** | **Unknown** | | **Unknown** |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Sourcecode** | **Unknown** | | **Unknown** |
| | **ASIC - Plans for Manufacturing Chip Sets** | **Unknown** | | **Unknown** |
| 65. | **Goodwill** | | | |

| 66. | **Total of Part 10.** | | **$0.00** |
|---|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | | |

**67.    Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
- ■ No
- ☐ Yes

**68.    Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor   **Ingenu Inc.**
Name

Case number *(If known)* _____

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | | |
| | **Unused Net Operating Loss** | Tax year _____ | **Unknown** |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| | **Trilliant Networks** | | **Unknown** |
| | Nature of claim | **Breach of Contract** | |
| | Amount requested | **$0.00** | |
| | **Vula - Non-Payment for 3 years** | | **Unknown** |
| | Nature of claim | **Breach of Contract** | |
| | Amount requested | **$41,000.00** | |
| | **rpmaNetworks aka MEC Telematik FZ LLC corporation - Unpaid licenses** | | **Unknown** |
| | Nature of claim | **Breach of Contract** | |
| | Amount requested | **$8,000,000.00** | |
| | **Wuxi Jiuzhou Communications Technology Co., Ltd. - Non payment** | | **Unknown** |
| | Nature of claim | **Breach of Contract** | |
| | Amount requested | **$384,754.33** | |
| | **RPMA International Corp. - Trigger Escrow without cause and non-payment** | | **Unknown** |
| | Nature of claim | **Breach of Contract** | |
| | Amount requested | **$7,808.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor    **Ingenu Inc.**
_____    Case number *(If known)* _____
Name

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

78.    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| **$0.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Ingenu Inc.**
Name

Case number *(If known)* _____

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1 | $22.00 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $0.00 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $31,000.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $1,320,000.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $150,000.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $0.00 | |
| 88. **Real property.** Copy line 56, Part 9.........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,501,022.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,501,022.00 |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Ingenu Inc.**



# Intellectual Property Portfolio

The information contained herein is proprietary and strictly confidential. It is intended for use only by the recipient, then only to the extent necessary to consider a business relationship with or an investment in Ingenu Inc, and for no other purpose. The recipient is hereby notified that any dissemination, distribution, reproduction or use of this presentation, in whole or in part, is strictly prohibited without the prior written consent of Ingenu Inc.

Ingenu Inc.

| | Docket No. | Country | Matter Title | Status | Application Number | Application Date | Patent Number | Grant Date | Inventors | Owner Name | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 091721-0103 | USA | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 12/189609 | 8/11/2008 | 7782926 | 8/24/2010 | Theodore J. Myers | On-Ramp Wireless, Inc. | 8/11/2028 |
| 2 | 091721-0104 | USA | UPLINK TRANSMITTER IN A RANDOM PHASE MULTIPLE ACCESS COMMUNICATION SYSTEM | Registered | 12/189619 | 8/11/2008 | 7593383 | 9/22/2009 | Theodore J. Myers | Inventor(s) | 8/11/2028 |
| 3 | 091721-0105 | USA | DESPREADING SPREAD SPECTRUM DATA | Registered | 12/189533 | 8/11/2008 | 7593452 | 9/22/2009 | Theodore J. Myers | Inventor(s) | 8/11/2028 |
| 4 | 091721-0106 | USA | TAG COMMUNICATIONS WITH ACCESS POINT | Registered | 12/189505 | 8/11/2008 | 7526013 | 4/28/2009 | Theodore J. Myers | Inventor(s) | 8/11/2028 |
| 5 | 091721-0108 | USA | RANDOM PHASE MULTIPLE ACCESS SYSTEM WITH MESHING | Registered | 12/345374 | 12/29/2008 | 7773664 | 8/10/2010 | Theodore J. Myers | Inventor(s) | 8/11/2028 |
| 6 | 091721-0109 | USA | SLOTTED MODE ACQUISITION | Registered | 12/276971 | 11/24/2008 | 7848272 | 12/7/2010 | Theodore J. Myers; Lewis N. Cohen; Daniel Thomas Werner; Matthew Hughes; Robert W. Boesel | On-Ramp Wireless, Inc. | 2/11/2029 |
| 7 | 091721-0110 | USA | DOWNLINK COMMUNICATION | Registered | 12/408538 | 3/20/2009 | 7639726 | 12/29/2009 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Matthew Hughes; Daniel Thomas Werner; Robert S. Boesel; Patrick M. Singler | Inventor(s) | 3/20/2029 |
| 8 | 091721-0112 | USA | DYNAMIC ENERGY CONTROL | Registered | 12/420308 | 4/8/2009 | 7702290 | 4/20/2010 | Theodore J. Myers | On-Ramp Wireless, Inc. | 4/8/2029 |
| 9 | 091721-0113 | USA | SPREAD SPECTRUM WITH DOPPLER OPTIMIZATION | Registered | 12/472642 | 5/27/2009 | 7733945 | 6/8/2010 | Theodore J. Myers; Daniel Thomas Werner | On-Ramp Wireless, Inc. | 8/11/2028 |
| 10 | 091721-0117 | USA | RANDOM PHASE MULTIPLE ACCESS SYSTEM WITH LOCATION TRACKING | Registered | 12/483722 | 6/12/2009 | 7742775 | 6/22/2010 | Theodore J. Myers | On-Ramp Wireless, Inc. | 8/11/2028 |
| 11 | 091721-0122 | USA | DOWNLINK COMMUNICATION | Registered | 12/647756 | 12/28/2009 | 8259780 | 9/4/2012 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Matthew Hughes; Daniel Thomas Werner; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 3/20/2029 |
| 12 | 091721-0123 | USA | METHOD AND SYSTEM FOR UPLINK COMMUNICATION | Registered | 12/755229 | 4/6/2010 | 8160122 | 4/17/2012 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Matthew Hughes; Daniel Thomas Werner; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 9/29/2029 |

Patents - US (Core)

Ingenu Inc.

| | Docket No. | Country | Matter Title | Status | Application Number | Application Date | Patent Number | Grant Date | Inventors | Owner Name | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 13 | 091721-0124 | USA | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | 12/770630 | 4/29/2010 | 8958460 | 2/17/2015 | Theodore J. Myers; Daniel Thomas Werner; Kenneth C. Sinsuan | On-Ramp Wireless, Inc. | 3/5/2030 |
| 14 | 091721-0128 | USA | HANDOVER PROCESSING IN MULTIPLE ACCESS POINT DEPLOYMENT SYSTEM | Registered | 13/354846 | 1/20/2012 | 8320430 | 11/27/2012 | Theodore J. Myers; Daniel Thomas Werner; Kenneth Canullas Sinsuan | On-Ramp Wireless, Inc. | 8/11/2028 |
| 15 | 091721-0129 | USA | USER DATA BROADCAST MECHANISM | Registered | 13/232426 | 9/14/2011 | 8290023 | 10/16/2012 | Robert W. Boesel; Theodore J. Myers | On-Ramp Wireless, Inc. | 8/11/2028 |
| 16 | 091721-0133 | USA | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | 13/437509 | 4/2/2012 | 8565289 | 10/22/2013 | Theodore J. Myers; Matthew Hughes; Robert W. Boesel | On-Ramp Wireless, Inc. | 8/11/2028 |
| 17 | 091721-0135 | USA | ERROR DETECTION SYSTEM | Registered | 13/032393 | 2/22/2011 | 8069402 | 11/29/2011 | Theodore J. Myers; Daniel Thomas Werner | On-Ramp Wireless, Inc. | 8/11/2028 |
| 18 | 091721-0136 | USA | SIGNAL QUALITY MEASUREMENT SYSTEM | Registered | 13/116767 | 5/26/2011 | 8121174 | 2/21/2012 | Theodore J. Myers; Daniel Thomas Werner | On-Ramp Wireless, Inc. | 8/11/2028 |
| 19 | 091721-0139 | USA | POWER DETECTION IN A SPREAD SPECTRUM SYSTEM | Registered | 13/366848 | 2/6/2012 | 8401054 | 3/19/2013 | Theodore J. Myers; Daniel Thomas Werner; Kenneth C. Sinsuan | On-Ramp Wireless, Inc. | 8/11/2028 |
| 20 | 091721-0142 | USA | CONTROLLING POWER IN A SPREAD SPECTRUM SYSTEM | Registered | 12/816783 | 6/16/2010 | 8045598 | 10/25/2011 | Theodore J. Myers | ON-RAMP WIRELESS, INC. | 8/11/2028 |
| 21 | 091721-0156 | USA | SYNCHRONIZED SYSTEM CONFIGURATION | Registered | 13/355864 | 1/23/2012 | 8611399 | 12/17/2013 | Theodore J. Myers; Robert W. Boesel; Matthew Hughes | Inventor(s) | 8/11/2028 |
| 22 | 091721-0158 | USA | RANDOM ORTHOGONAL FREQUENCY DIVISION MULTIPLEXING | Registered | 13/406888 | 2/28/2012 | 8254498 | 8/28/2012 | Theodore J. Myers; Sourav Dey | On-Ramp Wireless, Inc. | 2/28/2032 |
| 23 | 091721-0159 | USA | RANDOM TIMING OFFSET DETERMINATION | Registered | 13/572909 | 8/13/2012 | 8363699 | 1/29/2013 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Matthew Hughes; Daniel Thomas Werner; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 3/20/2029 |
| 24 | 091721-0166 | USA | HANDOVER PROCESSING IN MULTIPLE ACCESS POINT DEPLOYMENT SYSTEM | Registered | 13/027654 | 2/15/2011 | 8036178 | 10/11/2011 | Theodore J. Myers; Robert W. Boesel; Matthew Hughes | On-Ramp Wireless, Inc. | 8/11/2028 |
| 25 | 091721-0175 | USA | ELECTRIC MONITORING SYSTEM USING A RANDOM PHASE MULTIPLE ACCESS SYSTEM | Registered | 13/916263 | 6/12/2013 | 8831072 | 9/9/2014 | Kenneth Canullas Sinsuan; Theodore J. Myers; Lewis N. Cohen; Daniel Thomas Werner; Matthew Hughes; Robert W. Boesel; Patrick M. Singler | On-Ramp Technologies, Inc. | 8/11/2028 |
| 26 | 091721-0176 | USA | LIGHT MONITORING SYSTEM USING A RANDOM PHASE MULTIPLE ACCESS SYSTEM | Registered | 13/458451 | 4/27/2012 | 8477830 | 7/2/2013 | Theodore J. Myers; Daniel Thomas Werner; Kenneth Canullas Sinsuan; Jason Ronald Wilson; Shawn Louis Reuland; Patrick M. Singler; Michael Jason Huovila | On-Ramp Wireless, Inc. | 8/11/2028 |

Patents - US (Core)

Ingenu Inc.

| | Docket No. | Country | Matter Title | Status | Application Number | Application Date | Patent Number | Grant Date | Inventors | Owner Name | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | 091721-0213 | USA | RSSI MEASUREMENT MECHANISM IN THE PRESENCE OF PULSED JAMMERS | Registered | 13/471000 | 5/14/2012 | 8520721 | 8/27/2013 | Theodore J. Myers; Robert W. Boesel | On-Ramp Wireless, Inc. | 8/11/2028 |
| 28 | 091721-0230 | USA | WATER MONITORING SYSTEM USING A RANDOM PHASE MULTIPLE ACCESS SYSTEM | Registered | 13/937990 | 7/9/2013 | 8831069 | 9/9/2014 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Daniel Thomas Werner; Matthew Hughes; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 8/11/2028 |
| 29 | 091721-0231 | USA | GAS MONITORING SYSTEM USING A RANDOM PHASE MULTIPLE ACCESS SYSTEM | Registered | 13/936984 | 7/8/2013 | 8831068 | 9/9/2014 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Daniel Thomas Werner; Matthew Hughes; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 8/11/2028 |
| 30 | 091721-0232 | USA | FAULT CIRCUIT INDICATOR SYSTEM USING A RANDOM PHASE MULTIPLE ACCESS SYSTEM | Registered | 13/938963 | 7/10/2013 | 8824524 | 9/2/2014 | Kenneth Canullas Sinsuan; Theodore J. Myers; Lewis N. Cohen; Daniel Thomas Werner; Matthew Hughes; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 8/11/2028 |
| 31 | 091721-0233 | USA | LIGHT MONITORING SYSTEM WITH ANTENNA DIVERSITY | Registered | 13/938903 | 7/10/2013 | 8837555 | 9/16/2014 | Kenneth Canullas Sinsuan; Theodore J. Myers; Lewis N. Cohen; Daniel Thomas Werner; Matthew Hughes; Robert W. Boesel; Patrick M. Singler | ON-RAMP WIRELESS, INC. | 8/11/2028 |
| 32 | 091721-0238 | USA | SMART TRANSFORMER USING A RANDOM PHASE MULTIPLE ACCESS SYSTEM | Registered | 13/935364 | 7/3/2013 | 8817845 | 8/26/2014 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Daniel Thomas Werner; Matthew Hughes; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 8/11/2028 |
| 33 | 091721-0242 | USA | DOWNLINK COMMUNICATION WITH MULTIPLE ACKNOWLEDGEMENTS | Registered | 13/745567 | 1/18/2013 | 8995404 | 3/31/2015 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Matthew Hughes; Daniel Thomas Werner; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 3/20/2029 |
| 34 | 091721-0244 | USA | COMBINED UNIQUE GOLD CODE TRANSMISSIONS | Registered | 14/672594 | 3/30/2015 | 9294930 | 3/22/2016 | Kenneth C. Sinsuan; Theodore J. Myers; Lewis N. Cohen; Matthew Hughes; Daniel Thomas Werner; Robert W. Boesel; Patrick M. Singler | On-Ramp Wireless, Inc. | 3/20/2029 |
| 35 | 091721-0452 | USA | DUAL SYSTEM ACCESS WITH DIFFERENT FRAME RATES | Pending - Application Filed | 15/370336 | 12/6/2016 | - | - | Theodore Myers; Daniel Werner; Dennis Espey | Inventor(s) | - |
| 36 | 091721-0453 | USA | SYNCHRONIZED ACCESS POINT TRANSMISSIONS WITH RANDOM TIMING | Pending - Application Filed | 15/370469 | 12/6/2016 | - | - | Daniel Werner; Theodore Myers | Ingenu Inc. | - |

Ingenu Inc.

| | Docket No. | Country | Matter Title | Status | Application Number | Application Date | Patent Number | Grant Date | Inventors | Owner Name | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | 091721-0454 | USA | SYSTEMS AND METHODS FOR NETWORKS DURING MULTI-REGIONAL ROAMING OF MOBILES | Pending - Application Filed | 15/490498 | 4/18/2017 | - | - | Matthew Hughes; Theodore Myers; Daniel Werner; Alain Charles; Avinash Jain | Ingenu Inc. | - |
| 38 | 091721-0455 | USA | MULTI-REGIONAL PROVISIONING | Pending - Application Filed | 15/369936 | 12/6/2016 | - | - | Matthew Hughes; Theodore Myers; Daniel Werner; Alain Charles; Avinash Jain | Inventors(s) | - |
| 39 | 091721-0456 | USA | SYSTEMS AND METHODS FOR SERVER-BASED MULTI-REGIONAL ROAMING OF MOBILES | Pending - Application Filed | 15/490510 | 4/18/2017 | - | - | Matthew Hughes; Theodore Myers; Daniel Werner; Alain Charles; Avinash Jain | Ingenu Inc. | - |

Ingenu Inc._IP Portfolio as of 05242017fs

Patents - US (Core)

Ingenu Inc.

| Docket No. | Country | Matter Title | Status | Application Number | Application Date | Pat./Reg. No. | Grant/Registration Date | National Date | Owner Name | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 091721-0143 | **Australia** | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 2009225884 | 3/11/2009 | 2009225884 | 7/31/2014 | 9/8/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0177 | **Australia** | DYNAMIC ENERGY CONTROL | Registered | 2010235002 | 3/17/2010 | 2010235002 | 10/22/2015 | 10/12/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0178 | **Australia** | DOWNLINK COMMUNICATION | Registered | 2010226584 | 3/18/2010 | 2010226584 | 9/3/2015 | 10/17/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0218 | **Australia** | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | 2011248576 | 4/27/2011 | 2011248576 | 8/20/2015 | 11/7/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0144 | **Brazil** | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Pending/Application Filed | PI0909281-1 | 3/11/2009 | | | 9/16/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0179 | **Brazil** | DOWNLINK COMMUNICATION | Pending/Published | PI1009782-1 | 3/18/2010 | | | 9/19/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0183 | **Brazil** | DYNAMIC ENERGY CONTROL | Pending/Published | PI1014181-2 | 3/17/2010 | | | 10/7/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0219 | **Brazil** | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Pending/Published | 112012027464 | 4/27/2011 | | | 10/29/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0145 | **Canada** | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Pending/Application Filed | 2718433 | 3/11/2009 | | | 9/13/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0162 | **Canada** | RANDOM PHASE MULTIPLE ACCESS SYSTEM WITH MESHING | Registered | 2718721 | 3/11/2009 | 2718721 | 6/19/2012 | 9/16/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0171 | **Canada** | RANDOM PHASE MULTIPLE ACCESS SYSTEM WITH MESHING | Pending/Application Filed | 2748626 | 12/28/2009 | | | 6/29/2011 | On-Ramp Wireless, Inc. | 12/28/2029 |
| 091721-0180 | **Canada** | DOWNLINK COMMUNICATION | Pending/Application Filed | 2756001 | 3/18/2010 | | | 9/16/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0184 | **Canada** | DYNAMIC ENERGY CONTROL | Pending/Application Filed | 2757948 | 3/17/2010 | | | 10/6/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0220 | **Canada** | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Pending/Application Filed | 2797687 | 4/27/2011 | | | 10/26/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0146 | **China** | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 200980117844.1 | 3/11/2009 | ZL200980117844.1 | 5/20/2015 | 11/17/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0172 | **China** | RANDOM PHASE MULTIPLE ACCESS SYSTEM WITH MESHING | Registered | 200980157540.8 | 12/28/2009 | ZL200980157540.8 | 2/4/2016 | 8/26/2011 | On-Ramp Wireless, Inc. | 12/28/2029 |
| 091721-0181 | **China** | DOWNLINK COMMUNICATION | Pending/Published | 201080021870.7 | 3/18/2010 | | | 11/18/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0185 | **China** | RANDOM PHASE MULTIPLE ACCESS COMUNICATION INTERFACE SYSTEMS AND MEHTODS | Registered | 201080022633.2 | 3/17/2010 | ZL201080022633.2 | 4/22/2015 | 11/23/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0221 | **China** | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | 201180028720.3 | 4/27/2011 | ZL201180028720.3 | 8/3/2016 | 12/11/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0147 | **European Patent Office** | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered/EP Granted | 09721805.1 | 3/11/2009 | 2255451 | 11/19/2014 | 9/28/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0173 | **European Patent Office** | RANDOM PHASE MULTIPLE ACCESS SYSTEM WITH MESHING | Pending/Published | 09837081.0 | 12/28/2009 | | | 7/8/2011 | On-Ramp Wireless, Inc. | 12/28/2029 |
| 091721-0182 | **European Patent Office** | DOWNLINK COMMUNICATION | Pending/Published | 10754112.0 | 3/18/2010 | | | 10/17/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |

Ingenu Inc.

Patents - Int'l

| Docket No. | Country | Matter Title | Status | Application Number | Application Date | Pat./Reg. No. | Grant/Registration Date | National Date | Owner Name | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 091721-0186 | European Patent Office | DYNAMIC ENERGY CONTROL | Pending/Published | 10762075.9 | 3/17/2010 | | | 10/20/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0222 | European Patent Office | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Pending/Published | 11777953.8 | 4/27/2011 | | | 11/21/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0247 | France | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 09721805.1 | 3/11/2009 | 2255451 | 11/19/2014 | 3/11/2009 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0245 | Germany | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 09721805.1 | 3/11/2009 | 602009027845.2 | 11/19/2014 | 3/11/2009 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0170 | Hong Kong | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 11105510.7 | 6/1/2011 | HK1151637 | 10/2/2015 | 6/1/2011 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0239 | Hong Kong | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEMS AND METHODS | Registered | 12110998.7 | 3/17/2010 | 1170360 | 3/11/2016 | 11/11/2012 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0241 | Hong Kong | DOWNLINK COMMUNICATION | Pending/Application Filed | 12112330.0 | 3/18/2010 | | | 11/29/2012 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0148 | India | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Pending/Published | 3390/KOLNP/2010 | 3/11/2009 | | | 9/14/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0187 | India | DYNAMIC ENERGY CONTROL | Pending/Application Filed | 4165/KOLNP/2011 | 3/17/2010 | | | 10/10/2011 | On-Ramp Wireless, Inc. | |
| 091721-0194 | India | DOWNLINK COMMUNICATION | Pending/Application Filed | 4245/KOLNP/2011 | 3/18/2010 | | | 10/14/2011 | On-Ramp Wireless, Inc. | |
| 091721-0223 | India | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Pending/Application Filed | 3473/KOLNP/2012 | 4/27/2011 | | | 11/9/2012 | On-Ramp Wireless, Inc. | |
| 091721-0248 | Italy | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 09721805.1 | 3/11/2009 | 2255451 | 11/19/2014 | 3/11/2009 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0149 | Japan | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 2011-500868 | 3/11/2009 | 5442706 | 12/27/2013 | 9/15/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0174 | Japan | RANDOM PHASE MULTIPLE ACCESS SYSTEM WITH MESHING | Registered | 2011-544562 | 12/28/2009 | 5581336 | 7/18/2014 | 6/29/2011 | On-Ramp Wireless, Inc. | 12/28/2029 |
| 091721-0188 | Japan | DYNAMIC ENERGY CONTROL | Registered | 2012-504686 | 3/17/2010 | 5728467 | 4/10/2015 | 10/7/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0195 | Japan | DOWNLINK COMMUNICATION | Registered | 2012-500965 | 3/18/2010 | 5784000 | 7/31/2015 | 9/16/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0215 | Japan | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 2012-054469 | 3/11/2009 | 5480316 | 2/21/2014 | 3/12/2012 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0216 | Japan | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 2012-054470 | 3/11/2009 | 5520987 | 4/11/2014 | 3/12/2012 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0217 | Japan | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 2012-054471 | 3/11/2009 | 5480317 | 2/21/2014 | 3/12/2012 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0224 | Japan | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | 2013-508206 | 4/27/2011 | 5922647 | 4/22/2016 | 10/26/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |

Ingenu Inc.

| Docket No. | Country | Matter Title | Status | Application Number | Application Date | Pat./Reg. No. | Grant/Registration Date | National Date | Owner Name | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 091721-0151 | Mexico | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | MX/a/2010/010113 | 3/11/2009 | 304048 | 10/4/2012 | 9/14/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0190 | Mexico | DYNAMIC ENERGY CONTROL | Registered | MX/a/2011/010572 | 3/17/2010 | 308529 | 4/5/2013 | 10/6/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0197 | Mexico | DOWNLINK COMMUNICATION | Registered | MX/a/2011/009768 | 3/18/2010 | 311507 | 7/18/2013 | 9/15/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0203 | Mexico | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | MX/a/2011/013000 | 3/11/2009 | 302649 | 8/23/2012 | 12/5/2011 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0212 | Mexico | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | MX/a/2011/013002 | 3/11/2009 | 304699 | 10/30/2012 | 12/5/2011 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0214 | Mexico | UPLINK TRANSMITTER IN A RANDOM PHASE MULTIPLE ACCESS COMMUNICATION SYSTEM - RPMA | Registered | MX/a/2012/003528 | 3/11/2009 | 302651 | 8/23/2012 | 3/23/2012 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0226 | Mexico | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | MX/a/2012/012543 | 4/27/2011 | 320794 | 6/4/2014 | 10/26/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0152 | New Zealand | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 588465 | 3/11/2009 | 588465 | 12/3/2013 | 10/8/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0191 | New Zealand | DYNAMIC ENERGY CONTROL | Registered | 596030 | 3/17/2010 | 596030 | 5/1/2014 | 10/12/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0198 | New Zealand | DOWNLINK COMMUNICATION | Registered | 595761 | 3/18/2010 | 595761 | 5/1/2014 | 10/14/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0227 | New Zealand | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | 603474 | 4/27/2011 | 603474 | 3/3/2015 | 11/8/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0153 | Russian Federation | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 2010139424 | 3/11/2009 | 2508597 | 2/27/2014 | 9/27/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0192 | Russian Federation | DYNAMIC ENERGY CONTROL | Registered | 2011145028 | 3/17/2010 | 2534019 | 11/27/2014 | 11/7/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0199 | Russian Federation | DOWNLINK COMMUNICATION | Registered | 2011142331 | 3/18/2010 | 2524688 | 8/10/2014 | 10/19/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0228 | Russian Federation | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | 2012151004 | 4/27/2011 | 2580807 | 4/10/2016 | 11/28/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0154 | Singapore | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 201006638-9 | 3/11/2009 | 164761 | 5/31/2011 | 9/14/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0193 | Singapore | DYNAMIC ENERGY CONTROL | Registered | 201107294-9 | 3/17/2010 | 175100 | 5/21/2014 | 6/10/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0200 | Singapore | DOWNLINK COMMUNICATION | Registered | 201106749-3 | 3/18/2010 | 2011067493 | 6/2/2014 | 9/19/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0229 | Singapore | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Registered | 201207981-0 | 4/27/2011 | 185075 | 4/11/2017 | 10/29/2012 | On-Ramp Wireless, Inc. | 4/27/2031 |
| 091721-0150 | South Korea | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 10-2010-7023166 | 3/11/2009 | 10-1683304 | 11/30/2016 | 10/15/2010 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0189 | South Korea | DYNAMIC ENERGY CONTROL | Registered | 10-2011-7026542 | 3/17/2010 | 10-1668896 | 10/18/2016 | 11/7/2011 | On-Ramp Wireless, Inc. | 3/17/2030 |
| 091721-0196 | South Korea | DOWNLINK COMMUNICATION | Registered | 10-2011-7024701 | 3/18/2010 | 10-1689411 | 12/19/2016 | 10/19/2011 | On-Ramp Wireless, Inc. | 3/18/2030 |
| 091721-0225 | South Korea | FORWARD ERROR CORRECTION MEDIA ACCESS CONTROL SYSTEM | Pending/Application Filed | 10-2012-7030919 | 4/27/2011 | | | 11/26/2012 | On-Ramp Wireless, Inc. | |

Ingenu Inc.

| Docket No. | Country | Matter Title | Status | Application Number | Application Date | Pat./Reg. No. | Grant/Registration Date | National Date | Owner Name | Expiration Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 091721-0246 | Spain | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 09721805.1 | 3/11/2009 | 2255451 | 11/19/2014 | 3/11/2009 | On-Ramp Wireless, Inc. | 3/11/2029 |
| 091721-0147/GB | United Kingdom | RANDOM PHASE MULTIPLE ACCESS COMMUNICATION INTERFACE SYSTEM AND METHOD | Registered | 09721805.1 | 3/11/2009 | 2255451 | 11/19/2014 | 3/11/2009 | On-Ramp Wireless, Inc. | 3/11/2029 |

Patents - Int'l

Ingenu Inc.

| Docket No. | Country | Matter Title | Status | Application Number | Application Date | Reg. No. | Registration Date | Owner Name |
|---|---|---|---|---|---|---|---|---|
| 091721-0119 | USA | ULTRA-LINK PROCESSING | Registered | 77/864540 | 11/4/2009 | 4218177 | 10/2/2012 | Ingenu Inc. |
| 091721-0169 | USA | RPMA | Registered | 85/340795 | 6/8/2011 | 4332416 | 5/7/2013 | Ingenu Inc. |
| 091721-0347 | USA | INGENU | Registered | 86/695629 | 7/16/2015 | 5105954 | 12/20/2016 | Ingenu Inc. |
| 091721-0348 | USA | INTELLECT | Registered | 86/841737 | 12/7/2015 | 5177460 | 4/4/2017 | Ingenu Inc. |
| 091721-0449 | USA | MACHINE NETWORK | Pending | 87/137388 | 8/12/2016 | | | Ingenu Inc. |
| 091721-0251 | Argentina | INGENU | Pending/Published | 3534362 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0252 | Argentina | INGENU | Pending/Published | 3534366 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0253 | Argentina | INGENU | Pending/Published | 3534367 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0254 | Argentina | MACHINE NETWORK | Pending/Published | 3534368 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0255 | Argentina | MACHINE NETWORK | Pending/Published | 3534369 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0256 | Argentina | MACHINE NETWORK | Pending/Published | 3534370 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0257 | Argentina | RPMA | Pending/Published | 3534371 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0285 | Australia | INGENU | Registered | 1790153 | 8/17/2016 | 1790153 | 8/17/2016 | Ingenu Inc. |
| 091721-0287 | Australia | RPMA | Pending/Application Filed | 1790159 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0268 | Brazil | INGENU | Pending/Published | 911553819 | 8/30/2016 | | | Ingenu Inc. |
| 091721-0269 | Brazil | INGENU | Pending/Published | 911553908 | 8/30/2016 | | | Ingenu Inc. |
| 091721-0270 | Brazil | INGENU | Pending/Published | 911554050 | 8/30/2016 | | | Ingenu Inc. |
| 091721-0271 | Brazil | MACHINE NETWORK | Pending/Published | 911554254 | 8/30/2016 | | | Ingenu Inc. |
| 091721-0272 | Brazil | MACHINE NETWORK | Pending/Published | 911554440 | 8/30/2016 | | | Ingenu Inc. |
| 091721-0273 | Brazil | MACHINE NETWORK | Pending/Published | 911554572 | 8/30/2016 | | | Ingenu Inc. |
| 091721-0274 | Brazil | RPMA | Pending/Published | 911553690 | 8/30/2016 | | | Ingenu Inc. |
| 091721-0265 | Canada | INGENU | Pending/Application Filed | 1804116 | 10/11/2016 | | | Ingenu Inc. |
| 091721-0266 | Canada | MACHINE NETWORK | Pending/Application Filed | 1804118 | 10/11/2016 | | | Ingenu Inc. |
| 091721-0267 | Canada | RPMA | Pending/Application Filed | 1804122 | 10/11/2016 | | | Ingenu Inc. |
| 091721-0282 | Chile | INGENU | Pending/Published | 1218879 | 8/25/2016 | | | Ingenu Inc. |
| 091721-0283 | Chile | MACHINE NETWORK | Pending/Published | 1218878 | 8/25/2016 | | | Ingenu Inc. |
| 091721-0284 | Chile | RPMA | Pending/Published | 1218877 | 8/25/2016 | | | Ingenu Inc. |
| 091721-0275 | China | INGENU | Pending/Application Filed | N/A | 12/28/2016 | | | Ingenu Inc. |
| 091721-0276 | China | INGENU | Pending/Application Filed | N/A | 12/28/2016 | | | Ingenu Inc. |
| 091721-0277 | China | INGENU | Pending/Application Filed | N/A | 12/28/2016 | | | Ingenu Inc. |
| 091721-0278 | China | RPMA | Pending/Application Filed | N/A | 12/28/2016 | | | Ingenu Inc. |
| 091721-0279 | China | MACHINE NETWORK | Pending/Application Filed | N/A | 12/28/2016 | | | Ingenu Inc. |
| 091721-0280 | China | MACHINE NETWORK | Pending/Application Filed | N/A | 12/28/2016 | | | Ingenu Inc. |

Trademarks

## Ingenu Inc.

| Docket No. | Country | Matter Title | Status | Application Number | Application Date | Reg. No. | Registration Date | Owner Name |
|---|---|---|---|---|---|---|---|---|
| 091721-0281 | China | MACHINE NETWORK | Pending/Application Filed | N/A | 12/28/2016 | | | Ingenu Inc. |
| 091721-0288 | Egypt | INGENU | Pending/Application Filed | 339479 | 8/22/2016 | | | Ingenu Inc. |
| 091721-0289 | Egypt | INGENU | Pending/Application Filed | 339480 | 8/22/2016 | | | Ingenu Inc. |
| 091721-0290 | Egypt | INGENU | Pending/Application Filed | 339481 | 8/22/2016 | | | Ingenu Inc. |
| 091721-0291 | Egypt | MACHINE NETWORK | Pending/Application Filed | 339482 | 8/22/2016 | | | Ingenu Inc. |
| 091721-0292 | Egypt | MACHINE NETWORK | Pending/Application Filed | 339483 | 8/22/2016 | | | Ingenu Inc. |
| 091721-0293 | Egypt | MACHINE NETWORK | Pending/Application Filed | 339484 | 8/22/2016 | | | Ingenu Inc. |
| 091721-0294 | Egypt | RPMA | Pending/Application Filed | 339485 | 8/22/2016 | | | Ingenu Inc. |
| 091721-0295 | European Union | INGENU | Registered | 015757081 | 8/17/2016 | 015757081 | 4/10/2017 | Ingenu Inc. |
| 091721-0297 | European Union | RPMA | Registered | 015757123 | 8/17/2016 | 015757123 | 1/23/2017 | Ingenu Inc. |
| 091721-0298 | Hong Kong | INGENU | Pending/Published | 303876012 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0299 | Hong Kong | MACHINE NETWORK | Pending/Application Filed | 303876021 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0300 | Hong Kong | RPMA | Pending/Application Filed | 303876030 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0301 | Iceland | INGENU | Registered | V0101712 | 8/29/2016 | V0101712 | 11/30/2016 | Ingenu Inc. |
| 091721-0303 | Iceland | RPMA | Registered | V0101714 | 8/29/2016 | V0101714 | 12/31/2016 | Ingenu Inc. |
| 091721-0304 | India | INGENU | Pending/Application Filed | 3385033 | 10/10/2016 | | | Ingenu Inc. |
| 091721-0305 | India | MACHINE NETWORK | Pending/Application Filed | 3385034 | 10/10/2016 | | | Ingenu Inc. |
| 091721-0306 | India | RPMA | Pending/Application Filed | 3385035 | 10/10/2016 | | | Ingenu Inc. |
| 091721-0307 | Indonesia | INGENU | Pending/Application Filed | D002016049098 | 10/14/2016 | | | Ingenu Inc. |
| 091721-0308 | Indonesia | MACHINE NETWORK | Pending/Application Filed | D002016049097 | 10/14/2016 | | | Ingenu Inc. |
| 091721-0309 | Indonesia | RPMA | Pending/Application Filed | D002016049096 | 10/14/2016 | | | Ingenu Inc. |
| 091721-0316 | Japan | INGENU | Pending/Published | 2016-89572 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0317 | Japan | MACHINE NETWORK | Pending/Published | 2016-89573 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0318 | Japan | RPMA | Registered | 2016-89576 | 8/17/2016 | 5929227 | 3/3/2017 | Ingenu Inc. |
| 091721-0333 | Malaysia | INGENU | Pending/Application Filed | 2016009287 | 8/29/2016 | | | Ingenu Inc. |
| 091721-0334 | Malaysia | INGENU | Pending/Application Filed | 2016009288 | 8/29/2016 | | | Ingenu Inc. |
| 091721-0335 | Malaysia | INGENU | Pending/Application Filed | 2016009289 | 8/29/2016 | | | Ingenu Inc. |
| 091721-0339 | Malaysia | RPMA | Pending/Application Filed | 2016009293 | 8/29/2016 | | | Ingenu Inc. |
| 091721-0340 | Mexico | INGENU | Pending/Application Filed | 1810019 | 10/18/2016 | | | Ingenu Inc. |
| 091721-0341 | Mexico | INGENU | Pending/Application Filed | 1810020 | 10/18/2016 | | | Ingenu Inc. |
| 091721-0342 | Mexico | INGENU | Pending/Application Filed | 1810021 | 10/18/2016 | | | Ingenu Inc. |
| 091721-0343 | Mexico | MACHINE NETWORK | Pending/Application Filed | 1810023 | 10/18/2016 | | | Ingenu Inc. |
| 091721-0344 | Mexico | MACHINE NETWORK | Pending/Application Filed | 1810024 | 10/18/2016 | | | Ingenu Inc. |

Trademarks

Trademarks

## Ingenu Inc.

| Docket No. | Country | Matter Title | Status | Application Number | Application Date | Reg. No. | Registration Date | Owner Name |
|---|---|---|---|---|---|---|---|---|
| 091721-0345 | Mexico | MACHINE NETWORK | Pending/Application Filed | 1810025 | 10/18/2016 | | | Ingenu Inc. |
| 091721-0346 | Mexico | RPMA | Pending/Application Filed | 1810026 | 10/18/2016 | | | Ingenu Inc. |
| 091721-0352 | Morocco | INGENU | Pending/Application Filed | 178060 | 8/19/2016 | | | Ingenu Inc. |
| 091721-0353 | Morocco | MACHINE NETWORK | Pending/Published | 178061 | 8/19/2016 | | | Ingenu Inc. |
| 091721-0354 | Morocco | RPMA | Registered | 178062 | 8/19/2016 | 178062 | 8/19/2016 | Ingenu Inc. |
| 091721-0355 | New Zealand | INGENU | Pending/Application Filed | 1048946 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0357 | New Zealand | RPMA | Pending/Application Filed | 1048948 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0358 | Norway | INGENU | Pending/Application Filed | 201609191 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0360 | Norway | RPMA | Registered | 201609193 | 8/17/2016 | 290536 | 1/5/2017 | Ingenu Inc. |
| 091721-0403 | Peru | INGENU | Pending/Published | 673542 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0404 | Peru | MACHINE NETWORK | Pending/Application Filed | 673543 | 8/18/2016 | | | Ingenu Inc. |
| 091721-0405 | Peru | RPMA | Registered | 673541 | 8/18/2016 | 245039 | 12/9/2016 | Ingenu Inc. |
| 091721-0406 | Philippines | INGENU | Registered | 4-2016-009843 | 8/17/2016 | 4-2016-00009843 | 12/8/2016 | Ingenu Inc. |
| 091721-0408 | Philippines | RPMA | Registered | 4-2016-009840 | 8/17/2016 | 4-2016-00009840 | 12/8/2016 | Ingenu Inc. |
| 091721-0409 | Russian Federation | INGENU | Pending/Application Filed | 2016730924 | 8/23/2016 | | | Ingenu Inc. |
| 091721-0410 | Russian Federation | MACHINE NETWORK | Pending/Application Filed | 2016730929 | 8/23/2016 | | | Ingenu Inc. |
| 091721-0411 | Russian Federation | RPMA | Pending/Application Filed | 2016730928 | 8/23/2016 | | | Ingenu Inc. |
| 091721-0412 | Singapore | INGENU | Pending/Application Filed | 40201613851T | 8/26/2016 | | | Ingenu Inc. |
| 091721-0414 | Singapore | RPMA | Registered | 40201613854V | 8/26/2016 | 40201613854V | 8/26/2016 | Ingenu Inc. |
| 091721-0375 | South Africa | INGENU | Pending/Application Filed | 2016/23277 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0376 | South Africa | INGENU | Pending/Application Filed | 2016/23278 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0377 | South Africa | INGENU | Pending/Application Filed | 2016/23279 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0378 | South Africa | MACHINE NETWORK | Pending/Application Filed | 2016/23281 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0379 | South Africa | MACHINE NETWORK | Pending/Application Filed | 2016/23282 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0380 | South Africa | MACHINE NETWORK | Pending/Application Filed | 2016/23283 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0381 | South Africa | RPMA | Pending/Application Filed | 2016/23280 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0415 | South Korea | INGENU | Pending/Published | 45-2016-0006677 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0416 | South Korea | MACHINE NETWORK | Pending/Published | 45-2016-0006678 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0417 | South Korea | RPMA | Pending/Published | 40-2016-0062692 | 8/17/2016 | | | Ingenu Inc. |
| 091721-0418 | Switzerland | INGENU | Pending/Application Filed | 59824/2016 | 8/19/2016 | | | Ingenu Inc. |
| 091721-0419 | Switzerland | MACHINE NETWORK | Pending/Application Filed | 59826/2016 | 8/19/2016 | | | Ingenu Inc. |
| 091721-0420 | Switzerland | RPMA | Pending/Application Filed | 59823/2016 | 8/19/2016 | | | Ingenu Inc. |
| 091721-0422 | Taiwan | INGENU | Pending/Application Filed | 105049160 | 8/18/2016 | | | Ingenu Inc. |

**Ingenu Inc.**

| Docket No. | Country | Matter Title | Status | Application Number | Application Date | Reg. No. | Registration Date | Owner Name |
|---|---|---|---|---|---|---|---|---|
| 091721-0423 | Taiwan | RPMA | Pending/Application Filed | 105049164 | 8/18/2016 | | | Ingenu Inc. |

**Fill in this information to identify the case:**

Debtor name    **Ingenu Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  California EDD**<br>Creditor's Name<br><br>**Bankruptcy Unit, MIC 92E**<br>**P.O. Box 826880**<br>**Sacramento, CA 94280**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**Various**<br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>See attached. | Describe debtor's property that is subject to a lien<br>**All Assets**<br><br><br>Describe the lien<br>**Employment Taxes**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $157,858.18 | $0.00 |
| **2.2  Frank Castaneda**<br>Creditor's Name<br><br>**4006 Via Serra**<br>**Oceanside, CA 92057**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>See attached. | Describe debtor's property that is subject to a lien<br>**Real Property**<br><br><br>Describe the lien<br>**Certificate of Lien - Labor Code**<br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $18,838.71 | $0.00 |

Debtor   **Ingenu Inc.**

Name

Case number (if known) _____

| 2.3 | **Grid Partners III A LP** | Describe debtor's property that is subject to a lien | $17,853,654.92 | Unknown |

Creditor's Name

**345 N. Maple Drive, Suite 277**
**Beverly Hills, CA 90210**

Creditor's mailing address

**Babak@thirdwaveventures. com**

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**All Assets**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Hafiz Hameed** | Describe debtor's property that is subject to a lien | $28,364.94 | $0.00 |

Creditor's Name

**15885 Paseo Del Sur**
**San Diego, CA 92127**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**Real Property**

**Describe the lien**
**Certificate of Lien - Labor Code**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Internal Revenue Service (IRS)** | Describe debtor's property that is subject to a lien | $56,006.40 | $0.00 |

Creditor's Name

**Insolvency Operations Unit**
**P.O. Box 7346**
**Philadelphia, PA 19101**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**Various**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**All Assets**

**Describe the lien**
**Taxes**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **Ingenu Inc.**

Name

Case number (if known) _____

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **JBJK INVESTMENTS, LP** | Describe debtor's property that is subject to a lien | $3,764,426.71 | Unknown |

Creditor's Name

**1298 PROSPECT STREET, STE 1D**
**La Jolla, CA 92037**

Creditor's mailing address

**jon@newbsn.com**

Creditor's email address, if known

**Date debt was incurred**
**06/01/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**All Assets**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **John and Barbara Gilbert** | Describe debtor's property that is subject to a lien | $1,151,780.82 | Unknown |

Creditor's Name

**1298 PROSPECT STREET, STE 1D**
**La Jolla, CA 92037**

Creditor's mailing address

**jon@newbsn.com**

Creditor's email address, if known

**Date debt was incurred**
**07/25/2017**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**All Assets**

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Lakefront Associates, LLC** | Describe debtor's property that is subject to a lien | $86,366.69 | Unknown |

Creditor's Name

**c/o Wallin & Russel**
**26000 Town Centre Dr. 130**
**Foothill Ranch, CA 92610**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**All Assets**

**Describe the lien**
**Security Agreement - Assigned from Silicon Valley Bank**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No

---

Debtor    **Ingenu Inc.**                                                    Case number (if known) _____
      Name

| | |
|---|---|
| **09/23/2011**<br>**Last 4 digits of account number** | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>See attached. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.9 | **LFT Capital LLC** | **Describe debtor's property that is subject to a lien** | **$2,297,758.90** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**2245 SAN DIEGO AVENUE, #125**
**San Diego, CA 92110**
Creditor's mailing address

**All Assets**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
**mlynn@cri2000.com**
Creditor's email address, if known          ☑ No
                                            ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**                  ☑ No
**06/01/2017**                              ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>See attached. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.10 | **NDJR Grid Partners II, LLC** | **Describe debtor's property that is subject to a lien** | **$16,243,041.14** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**460 Park Avenue, Ste 1501**
**New York, NY 10022**
Creditor's mailing address

**All Assets**

**Describe the lien**
**Security Agreement**
**Is the creditor an insider or related party?**
**brian.rossing@ndcapgroup.com**
Creditor's email address, if known          ☑ No
                                            ☐ Yes
**Is anyone else liable on this claim?**
**Date debt was incurred**                  ☑ No
**06/28/17**                               ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>See attached. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

| 2.11 | **San Diego County Tax Collector** | **Describe debtor's property that is subject to a lien** | **$78,553.96** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**San Diego County Admin. Center**
**1600 Pacific Hwy, Room 162**
**San Diego, CA 92101**

**All Assets**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor  **Ingenu Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| Creditor's mailing address | **Describe the lien**<br>**Taxes** |
| | **Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Date debt was incurred**<br>**Various**<br>**Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor and its relative priority.<br>See attached. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed |

---

**2.1 2  Serrano, Lisa D**
Creditor's Name

**12596 Fairbrook Rd**
**San Diego, CA 92131**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real Property**                                   $10,207.23          $0.00

**Describe the lien**
**Certificate of Lien - Labor Code**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3  Snezana Stjepovic**
Creditor's Name

**8064 Hemp Hill Drive**
**San Diego, CA 92126**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Real Property**                                   $35,542.79          $0.00

**Describe the lien**
**Certificate of Lien - Labor Code**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Ingenu Inc.**                                                    Case number (if known) _____
_____
Name

| 2.1 4 | **Travis Hornung** | Describe debtor's property that is subject to a lien | $21,291.28 | $0.00 |

**Travis Hornung**
Creditor's Name

**807 Cornish Dr**
**Encinitas, CA 92024**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

Describe debtor's property that is subject to a lien
**Real Property**

Describe the lien
**Certificate of Lien - Labor Code**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$21,291.28          $0.00

---

| 2.1 5 | **TRILLIANT NETWORKS (CANADA)** | | $2,732,349.32 | Unknown |

**TRILLIANT NETWORKS (CANADA)**
Creditor's Name

**401 HARRISON OAKS BLVD**
**Cary, NC 27513**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**03/20/2018**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
See attached.

Describe debtor's property that is subject to a lien
**All Assets**

Describe the lien
**Security Agreement**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,732,349.32          Unknown

---

| 2.1 6 | **William Simpson** | | $35,153.08 | $0.00 |

**William Simpson**
Creditor's Name

**5915 Seacrest View Road**
**SAN DIEGO, CA 92121**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Real Property**

Describe the lien
**Certificate of Lien - Labor Code**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

$35,153.08          $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 6 of 7

Debtor    **Ingenu Inc.**                                                         Case number (if known) _____
_____
Name

| | |
|---|---|
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. See attached. | ☐ Unliquidated |
| | ☐ Disputed |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        | **$44,571,195.07** |

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Division of Labor**<br>**7575 Metropolitan Drive**<br>**Ste. 210**<br>**San Diego, CA 92108** | All labor lien claimants. | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Mr. Andrew C. White**<br>**Chairman and CEO**<br>**Trilliant Networks (Canada), Inc.**<br>**20 Floral Parkway**<br>**Concord, ON L4K 4R1**<br>**Canada** | 2.15 | |

---

Official Form 206D                    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                    page 7 of 7

Secured Creditors

| Name | Address | City | State | Zip | Amount | Lien Type | Date |
|------|---------|------|-------|-----|--------|-----------|------|
| Snezana Stjepovic | 8064 Hemp Hill Drive | San Diego | CA | 92126 | $35,542.79 | Certificate of Lien - Labor Code | 12/21/2018 |
| Frank Castaneda | 4006 Via Serra | Oceanside | CA | 92057 | $18,838.71 | Certificate of Lien - Labor Code | 3/1/2019 |
| Travis Hornung | 807 Cornish Dr | Encinitas | CA | 92024 | $21,291.28 | Certificate of Lien - Labor Code | 3/6/2019 |
| William Simpson | 5915 Seacrest View Road | SAN DIEGO | CA | 92121 | $35,153.08 | Certificate of Lien - Labor Code | 3/19/2019 |
| Hafiz Hameed | 15885 Paseo Del Sur | San Diego | CA | 92127 | $28,364.94 | Certificate of Lien - Labor Code | 8/6/2019 |
| Serrano, Lisa D | 12596 Fairbrook Rd | San Diego | CA | 92131 | $10,207.23 | Certificate of Lien - Labor Code | 11/27/2019 |
| San Diego County Tax Collector | 1600 Pacific Highway | San Diego | CA | 92101 | $42.69 | Certificate of Tax Lien | 12/19/2017 |
| San Diego County Tax Collector | 1600 Pacific Highway | San Diego | CA | 92101 | $36,557.67 | Certificate of Tax Lien | 10/23/2018 |
| San Diego County Tax Collector | 1600 Pacific Highway | San Diego | CA | 92101 | $127.50 | Certificate of Tax Lien | 10/29/2018 |
| San Diego County Tax Collector | 1600 Pacific Highway | San Diego | CA | 92101 | $378.68 | Certificate of Tax Lien | 10/29/2018 |
| San Diego County Tax Collector | 1600 Pacific Highway | San Diego | CA | 92101 | $40,933.95 | Certificate of Tax Lien | 11/12/2019 |
| San Diego County Tax Collector | 1600 Pacific Highway | San Diego | CA | 92101 | $129.27 | Certificate of Tax Lien | 11/14/2019 |
| San Diego County Tax Collector | 1600 Pacific Highway | San Diego | CA | 92101 | $384.20 | Certificate of Tax Lien | 11/14/2019 |
| Lakefront Associates LLC | c/o Wallin & Russell LLP 26000 Towne Centre Drive, Suite 130 | Foothill Ranch | CA | 92610 | $86,366.69 | Security Agreement | 9/23/2011 |
| JBJK (4th lien): | 1298 PROSPECT STREET, STE 1D | La Jolla | CA | 92037 | $3,764,426.71 | Security Agreement | 6/1/2017 |
| LFT (4th lien): | 2245 SAN DIEGO AVENUE, #125 | San Diego | CA | 92110 | $2,297,758.90 | Security Agreement | 6/1/2017 |
| NDJR (2nd lien) Grid Partners II: | 460 Park Avenue, Ste 1501 | New York | NY | 10022 | $16,243,041.14 | Security Agreement | 6/28/2017 |
| Grid Partners III A (3rd lien): | 345 N. Maple Drive, Suite 277 | Beverly Hills | CA | 90210 | $17,853,654.92 | Security Agreement | 6/29/2017 |

Secured Creditors

| Name | Address | City | State | Zip | Amount | Lien Type | Date |
|------|---------|------|-------|-----|--------|-----------|------|
| John S. Gilbert or Barbara Gilbert (4th lien): | 1298 PROSPECT STREET, STE 1D | La Jolla | CA | 92037 | $1,151,780.82 | Security Agreement | 7/25/2017 |
| Trilliant (5th lien): | 401 Harrison Oaks Blvd. | Cary | NC | 27513 | $2,732,349.32 | Security Agreement | 3/20/2018 |
| State of California EDD | PO Box 826880 | Sacramento | CA | 84280 | $123,927.73 | State Tax Lien | 12/12/2019 |
| Internal Revenue Service (IRS) | Insolvency Operations Unit P.O. Box 7346 | Philadelphia | PA | 19101 | $56,006.40 | Tax Lien | 6/1/2018 |
| | | | | | $44,537,264.62 | | |

**Fill in this information to identify the case:**

Debtor name    **Ingenu Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,964.91 | $1,964.91 |

**2.1** Priority creditor's name and mailing address

**Bexar County Tax Collector**
**Vista Verde Plaza Building**
**233 N. Pecos La Trinidad**
**San Antonio, TX 78207**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim    **$1,964.91**    Priority amount    **$1,964.91**

**2.2** Priority creditor's name and mailing address

**Bureau Revenue & Tax**
**1233 Westbank Expressway**
**Harvey, LA 70058**

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
**Taxes**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim    **$303.53**    Priority amount    **$303.53**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    49687    Best Case Bankruptcy

| Debtor | **Ingenu Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $562.00 | $562.00 |
|---|---|---|---|---|

**CA Dep. of Tax & Fee Admin**
**450 N St**
**Sacramento, CA 95814**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $173.29 | $173.29 |
|---|---|---|---|---|

**City of Union City**
**Property Tax Division**
**3715 Palisades Avenue**
**Union City, NJ 07087**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $315.31 | $315.31 |
|---|---|---|---|---|

**Collin County Tax Collector**
**2300 Bloomdale Rd., Suite 2324**
**McKinney, TX 75071**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,476.53 | $1,476.53 |
|---|---|---|---|---|

**Dallas County Tax Collector**
**1201 Elm Street, Suite 2600**
**Dallas, TX 75270**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Ingenu Inc.**                                                      Case number *(if known)* _____
_____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $28.23 | $28.23 |
|---|---|---|---|---|

**Dekalb County Tax Commissioner**
**4380 Memorial Dr #100**
**Decatur, GA 30032**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $590.61 | $590.61 |
|---|---|---|---|---|

**DENTON CTY TAX ASSESSOR**
**400 N Valley Pkwy #1044**
**Lewisville, TX 75067**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $445.99 | $445.99 |
|---|---|---|---|---|

**Fulton County Tax Commissioner**
**141 Pryor St SW #1085**
**Atlanta, GA 30303**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $668.09 | $668.09 |
|---|---|---|---|---|

**Galveston County Tax Collector**
**722 Moody Avenue (21st Street)**
**Galveston, TX 77550**

*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Ingenu Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,056.80 | $1,056.80 |
|---|---|---|---|---|

**Harris County Tax Collector**
1001 Preston St.
Houston, TX 77002

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16.00 | $16.00 |
|---|---|---|---|---|

**Hendersonville Property Tax**
Henderson County Tax Collector
200 N. Grove St.
Hendersonville, NC 28792

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $73.82 | $73.82 |
|---|---|---|---|---|

**Marion County Tax Collector**
503 SE 25th Ave
Ocala, FL 34471

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $278.08 | $278.08 |
|---|---|---|---|---|

**Montgomery County
Tax Collector**
400 N. SAN JACINTO
CONROE, TX 77301-2823

*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| Debtor | **Ingenu Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $210.28 | $210.28 |
|---|---|---|---|---|

**PASADENA ISD**
 **TAX ASSESSOR/COLLECTOR**
**2223 Strawberry Rd**
**Pasadena, TX 77502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,241.02 | $2,241.02 |
|---|---|---|---|---|

**Tarrant County Tax Collector**
**100 E. Weatherford Street**
**Fort Worth, TX 76196**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,368.58 | $1,368.58 |
|---|---|---|---|---|

**Travis County Tax Office**
**5501 Airport Blvd**
**Austin, TX 78751-1410**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.68 | $235.68 |
|---|---|---|---|---|

**Wilson County Tax Office**
**113 Nash St E # 100**
**Wilson, NC 27893**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,736.68** |
|---|---|---|---|

Aaron Pullman
14904 Amso St
Poway, CA 92064

Date(s) debt was incurred  __5/25/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,490.00** |
|---|---|---|---|

Accruent
11500 Alterra Parkway, Suite 110
Austin, TX 78758

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,000.00** |
|---|---|---|---|

Aether Wind Technologies, Inc.
306 Tait McKenzie St
Almonte, Ontario K0A 1A0

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$236.00** |
|---|---|---|---|

Air802
1981 D Wiesbrook Drive
Oswego, IL 60543

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$196.34** |
|---|---|---|---|

ALDINE I.S.D.
2520 W.W. Thorne Blvd.
Houston, TX 77073

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,999.00** |
|---|---|---|---|

Allied Business Intelligence, Inc. (ABI)
69 Hamilton Ave,
Oyster Bay, NY 11771

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.00** |
|---|---|---|---|

Altium Inc
1 University Ave
South Lobby, Suite 2C
Westwood, MA 02090

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8**

**Nonpriority creditor's name and mailing address**

Alvaro Gazzolo
 International Media Con
1154 Alfonso Ave
Miami, FL 33146

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ☐ No ☐ Yes

**$86,690.35**

---

**3.9**

**Nonpriority creditor's name and mailing address**

Alvaro Gazzolo
1154 Alfonso Ave
Coral Gables, FL 33146

Date(s) debt was incurred  8/2/2019

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Employee Wage Claim__

Is the claim subject to offset? ☐ No ☐ Yes

**$192,307.80**

---

**3.10**

**Nonpriority creditor's name and mailing address**

American Tower Corporation   ATC
2655 Richmond Ave,
Staten Island, NY 10314

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$533,928.49**

---

**3.11**

**Nonpriority creditor's name and mailing address**

Ana Stjepovic
8064 Hemp Hill Drive
San Diego, CA 92126

Date(s) debt was incurred  5/25/2018

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Employee Wage Claim__

Is the claim subject to offset? ☐ No ☐ Yes

**$6,432.39**

---

**3.12**

**Nonpriority creditor's name and mailing address**

Andrew Oliveira
9444 Questa Pointe Dr.
San Diego, CA 92126

Date(s) debt was incurred  6/8/2018

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Employee Wage Claim__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,553.75**

---

**3.13**

**Nonpriority creditor's name and mailing address**

APS
400 North 5th Street
Phoenix, AZ 85004

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ☐ No ☐ Yes

**$364.07**

---

**3.14**

**Nonpriority creditor's name and mailing address**

Aramark
600 E Luzerne
Phildelphia, PA 19124

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$3,382.59**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ingenu Inc.**

Name

Case number (if known) _____

| | |
|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$151.20** |

3.15 **Nonpriority creditor's name and mailing address**

**Arizona Department of Economic Security**
**3406 N 51st Ave**
**Phoenix, AZ 85031**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$151.20**

---

3.16 **Nonpriority creditor's name and mailing address**

**Arizona Dept. of Revenue**
**1600 W Monroe St**
**Phoenix, AZ 85007**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$100.00**

---

3.17 **Nonpriority creditor's name and mailing address**

**AT & T Mobility CC**
**1025 Lenox Park BLVD NE A**
**Brookhaven, GA 30319**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$24,833.50**

---

3.18 **Nonpriority creditor's name and mailing address**

**AT&T Mobility**
**208 S. Akard St.**
**Dallas, TX 75202**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,496.54**

---

3.19 **Nonpriority creditor's name and mailing address**

**Avinash Pawar**
**9952 Kika Court**
**Apt no. 5222**
**San Diego, CA 92129**

Date(s) debt was incurred  __5/25/2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee Wage Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$3,240.82**

---

3.20 **Nonpriority creditor's name and mailing address**

**Avison Young Arizona, Ltd**
**2720 East Camelback Road**
**Suite 150**
**Phoenix, AZ 85016**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$31,986.34**

---

3.21 **Nonpriority creditor's name and mailing address**

**B&T Group Holdings, Inc**
**1717 S Boulder Suite 300**
**Tulsa, OK 74119**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

**$2,400.00**

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Debtor **Ingenu Inc.**
_____
Name

Case number (if known) _____

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,139.71 |
|---|---|---|---|

**Babak Cyrus Razi**
**345 North Maple Drive**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,403.00 |
|---|---|---|---|

**BDO USA, LLP**
**130 E Randolph St**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**BeneTrac**
**2385 Northside Drive**
**Suite #100**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95.18 |
|---|---|---|---|

**Bernalillo County Treasurer**
**1 Civic Plz NW # C2**
**Albuquerque, NM 87102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $136,250.54 |
|---|---|---|---|

**BlueStream Professional Services, LLC**
**3305 Hwy 60 West**
**Faribault, MN 55021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.20 |
|---|---|---|---|

**BLUMBERG LAW GROUP LLP**
**137 N Acacia Ave**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.43 |
|---|---|---|---|

**Bureau of the Treasury**
**1500 Pennsylvania Avenue, NW**
**Washington, DC 20220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Ingenu Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Business Wire, Inc.**
40 East 52nd Street, 14th Floor
New York, NY 10022

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25.00 |
|---|---|---|---|

**California Secretary of State**
1500 11th Street
Attn: Alex Padilla
Sacramento, CA 95814

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,868.03 |
|---|---|---|---|

**Canon**
8000 Mississauga Rd
Brampton, ON L6Y 5Z7

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,598.21 |
|---|---|---|---|

**CCH Incorporated**
2700 Lake Cook Road
Riverwoods, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,773.42 |
|---|---|---|---|

**Chaoming Kang**
11650 Kismet Road
San Diego, CA 92128

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/3/2018

**Basis for the claim:** __Employee Wage Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,098.72 |
|---|---|---|---|

**Cintas Corporation No. 2 Cintas Corp/Cin**
6800 Cintas Boulevard
Cincinnati, OH 45262

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110.13 |
|---|---|---|---|

**City of Concord Collections**
35 Cabarrus Ave. W
Concord, NC 28025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Ingenu Inc.** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48.66 |
|---|---|---|---|

**City of Garland**
200 N. Fifth St.
Garland, TX 75040

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $196.02 |
|---|---|---|---|

**CITY OF GARLAND**
**COREY WORSHAM RTA**
217 N Fifth Street
Garland, TX 75046

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $178.34 |
|---|---|---|---|

**City of Lake Worth**
7 North Dixie Highway
Lake Worth Beach, FL 33460

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $76.84 |
|---|---|---|---|

**City of Mesa**
20 E. Main Street
Mesa, AZ 85201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71.00 |
|---|---|---|---|

**City of Oceanside**
300 N Coast Hwy
Oceanside, CA 92054

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $171.56 |
|---|---|---|---|

**City of Rock Hill**
155 Johnston Street
Rock Hill, SC 29730

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61.00 |
|---|---|---|---|

**City of San Marcos Business Licensing**
1 Civic Center Dr
San Marcos, CA 92069

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Ingenu Inc.** _____   Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  **$50.00** |

**City of Scottsdale**
**3939 N. Drinkwater Blvd.**
**Scottsdale, AZ 85251**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  **$8,000.00** |

**Clarion Events Pte. Ltd.**
**69-79 Fulham High Street**
**London, England SW6 3JW**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  **$59,534.13** |

**Colleen Cleary**
**15950 W. Monte Cristo Ave**
**Surprise, AZ 85374**

Date(s) debt was incurred  __8/22/2019__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee Wage Claim__

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  **$306.63** |

**Columbus City Treasurer**
**910 Dublin Rd**
**Columbus, OH 43215**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  **$1,325.00** |

**Compliance International**
**40 Wall St # 1704**
**New York, NY 10005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  **$6,185.14** |

**Concierge Cleaning Services**
**Parker Tower Building 20**
**104-20 Queens Blvd**
**Forest Hills, NY 11375**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._  **$1,119.22** |

**Conductive Containers, Inc.**
**4500 Quebec Ave N**
**New Hope, MN 55428**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Ingenu Inc.**
_____    Case number (*if known*)  _____
Name

| | | |
|---|---|---|
| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**3.50** Nonpriority creditor's name and mailing address

**Cooley Godward Kronish**
**55 Hudson Yard**
**New York, NY 10001**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$70,892.73

---

**3.51** Nonpriority creditor's name and mailing address

**Cox Communication San Diego**
**5887 Copley Dr**
**San Diego, CA 92111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$2,316.64

---

**3.52** Nonpriority creditor's name and mailing address

**COX Communications Phoenix**
**6205-B Peachtree Dunwoody Road NE**
**Atlanta, GA 30328**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$3,858.48

---

**3.53** Nonpriority creditor's name and mailing address

**CPA Global Limited**
**7800 Shoal Creek Blvd #220w,**
**Austin, TX 78757**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$31,015.23

---

**3.54** Nonpriority creditor's name and mailing address

**CPS Energy / City Public Service Board**
**146 Navarro**
**San Antonio, TX 78205**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$111.05

---

**3.55** Nonpriority creditor's name and mailing address

**Crown Castle USA Inc.**
**55 Broad St 2nd floor**
**New York, NY 10004**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$1,975,304.12

---

**3.56** Nonpriority creditor's name and mailing address

**CT Corporation**
**28 Liberty Street**
**New York City, NY 10005**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

$299.00

---

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.57** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,027.46**

**Cynthia M Jordan**
**166 Westland St #2**
**Hartford, CT 06120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/9/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.58** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,871.29**

**Dan Werner**
**5871 Torca Ct**
**San Diego, CA 92124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/11/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.59** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,553.31**

**David Carpenter**
**3127 Via Loma Vista**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/25/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,429.56**

**David W Kish**
**338 Country Club Dr**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/9/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$336,050.05**

**DDH Enterprise, Inc**
**2220 Oak Ridge Way**
**Vista, CA 92081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$269,897.40**

**Delaware Secretary of State**
**820 N. French St., 4th Floor**
**Wilmington, DE 19801**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$24,310.44**

**Dell C/O DELL USA L.P.**
**1 Dell Way**
**Round Rock, TX 78664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Claim**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,899.00 |
|---|---|---|---|

**Deloitte Tax LLP**
**30 Rockefeller Plaza**
**New York, NY 10112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,173.25 |
|---|---|---|---|

**Dennis Espey**
**9569 Paseo Montril**
**San Diego, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $497.44 |
|---|---|---|---|

**Digi Key Corp**
**701 Brooks Avenue**
**South Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |
|---|---|---|---|

**Digital Talent Agents, LLC dba Influence**
**750 N San Vincente Blvd**
**Ste 950**
**West Hollywood, CA 90069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,108.52 |
|---|---|---|---|

**Dominion Virginia Power**
**120 Tredegar Street 6th Floor**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,024.69 |
|---|---|---|---|

**Doug Avant**
**4080 Kendall #5**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/21/2018_

Basis for the claim: __Employee Wage Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,568.00 |
|---|---|---|---|

**Doug Franke**
**659 Canyon Drive**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _5/25/2018_

Basis for the claim: __Employee Wage Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | **Ingenu Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,172.70 |
|---|---|---|---|

**Duke Energy**
**550 South Tryon Street**
**Charlotte, NC 28202**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Claim 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $86.23 |
|---|---|---|---|

**El Paso Electric**
**100 N Stanton St**
**El Paso, TX 79901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Claim 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**ElectSolve Technology Solutions & Svcs**
**4300 Youree Dr, Bldg. 1**
**Shreveport, LA 71105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Claim 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,187.83 |
|---|---|---|---|

**Employment Development Department**
**PO Box 826880 MIC 83**
**Sacramento, CA 94280-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Claim 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $395.95 |
|---|---|---|---|

**Entergy Louisiana, LLC**
**425 West Capitol Avenue**
**Little Rock, AR 72201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Claim 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,588.13 |
|---|---|---|---|

**ESMI, Inc.**
**6731 Cobra Way**
**San Diego, CA 92121**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Claim 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $115.17 |
|---|---|---|---|

**Fabian Tucker**
**3947 Coleman Avenue**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Trade Claim 

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor **Ingenu Inc.**                                                                                          Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.78 | **Nonpriority creditor's name and mailing address**<br>**Faciliteq AZ LLC**<br>**1255 W Rio Salado Pkwy #111**<br>**Tempe, AZ 85281**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade Claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$10,645.02** |

| | | |
|---|---|---|
| 3.79 | **Nonpriority creditor's name and mailing address**<br>**FedEx**<br>**942 South Shady Grove Road**<br>**Memphis, TN 38120**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade Claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$52.60** |

| | | |
|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**First Class Vending, Inc.**<br>**6875 Suva Street**<br>**Bell Gardens, CA 90201**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade Claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$3,259.85** |

| | | |
|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Flex**<br>**9 W 57th St,**<br>**New York, NY 10019**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade Claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$993,959.13** |

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Flextronics International USA Inc**<br>**6201 AMERICA CENTER DRIVE**<br>**San Jose, CA 95002**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Entered Judgment_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,208,400.00** |

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Foley & Lardner LLP**<br>**90 Park Avenue**<br>**New York, NY 10016-1314**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade Claim_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$178,150.44** |

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Fort Bend County Tax Assessor**<br>**1317 Eugene Heimann Circle**<br>**Richmond, TX 77469-3623**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade Claim_<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$746.23** |

Debtor     **Ingenu Inc.**
_____     Case number *(if known)* _____
Name

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $164.23 |
|------|------|------|------|

**FPL**
**700 Universe Boulevard**
**Juno Beach, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $6,332.89 |

**Frank Castaneda**
**4006 Via Serra**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/22/2018__

Last 4 digits of account number _

Basis for the claim: __Employee Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,356.75 |

**Freeman**
**444 Madison Ave #12**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $434.60 |

**Garland TX School District**
**501 S. Jupiter**
**Garland, TX 75042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $360.67 |

**Georgia Power**
**241 Ralph McGill Blvd. BIN 10151**
**Atlanta, GA 30308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,273.11 |

**GetGo Inc. Subsidiary of LogMeIn Inc.**
**10 Exchange Place**
**Jersey City, NJ 07302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,020.00 |

**GraphiCode Inc.**
**1924 Bickford Ave. #201**
**Snohomish, WA 98290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$195.20** |
|---|---|---|---|

**Guadalupe County**
211 W. Court Street
Seguin, TX 78155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,609.16** |
|---|---|---|---|

**Guadalupe Tapia**
13771 Marshall Lane
Tustin, CA 92780

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/8/2018

Basis for the claim:  Employee Wage Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$728.00** |
|---|---|---|---|

**Haulaway Storage Containers, Inc.**
11292 Western Avenue
Stanton, CA 90680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$41.30** |
|---|---|---|---|

**HealthEquity**
15 W. Scenic Pointe Drive, Ste. 100
Draper, UT 84020

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$549,315.10** |
|---|---|---|---|

**HiTem, Inc.**
7420 Carroll Road
San Diego, CA 92121

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$199.38** |
|---|---|---|---|

**Humble Independent School District Tax C**
20200 Eastway Village Dr
Humble, TX 77338

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,040.00** |
|---|---|---|---|

**iDeals Solution Group**
44 Wall St
12th Floor,
New York, NY 10005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$417.00** |

**iGOE**
PO Box 501480
San Diego, CA 92150

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,152.18** |

**Imran Hameed**
15885 Paseo Del Sur
San Diego, CA 92127

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __6/8/2018__

Basis for the claim: __Employee Wage Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$291.69** |

**Indeed, Inc**
7501 North Capital of Texas Highway, Bui
Austin, TX 78371

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$536.30** |

**Indianapolis Power & Light Company**
2102 N Illinois St
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,052.30** |

**Innovative Metal Products, Inc.**
2443 Cades Way
Suite # 200
Vista, CA 92081

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,637.38** |

**Insulated Wire, Inc.**
960 Sylvan Ave #1000,
Bayport, NY 11705

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$716.60** |

**Iron Mountain**
1 Federal Street
Boston, MA 02110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Trade Claim__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,086.70 |
|---|---|---|---|

**Jianhong Fang**
**12636 Sarsaparilla St**
**San Diego, CA 92129-3735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,219.07 |
|---|---|---|---|

**Jianhong Fang**
**12636 Sarsaparilla Street**
**San Diego, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,817.42 |
|---|---|---|---|

**Jignesh Patel**
**16088 Caminito De Linda**
**San Diego, CA 92128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/6/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,930.00 |
|---|---|---|---|

**Jordan & Company**
**399 Park Ave**
**New York, NY 10022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,786.28 |
|---|---|---|---|

**Jose M Roqueni**
**1308 Stanislaus Drive**
**Chula Vista, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2/2019**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,535.19 |
|---|---|---|---|

**Joshua T Builta**
**6033 East Beck Lane**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/21/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kaiser**
**1 Kaiser Plz**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Trade Claim**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
| | Name | | |

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$222,548.41** |

**KBSII Horizon Tech Center, LLC**
**10343 Meanley Dr**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,772.05** |

**Krishnakumar, Sreelakshmi**
**10146 Baylee Ln**
**San Diego, CA 92127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/29/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,663.27** |

**Kumar, Rahul**
**3875 Florida St.**
**Unit #2**
**San Diego, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/8/2018**

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.02** |

**Kupstas, Robert**
**Yang & Yamazaki Energy & Environment (Y2**
**473 Via Ortega, Suite 292B**
**Stanford, CA 94305-4020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,376.00** |

**Landsberg Orora**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,100.00** |

**Lark Engineering, Inc.**
**2000 W Corporate Way**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,037.16** |

**Larry Gaddes PCAC, CTA William county Ta**
**904 South Main Street**
**Georgetown, TX 78626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,875.00 |
|---|---|---|---|

**Latin America Regulatory Compliance Grou**
5200 SW Meadows Rd
Suite 150
Lake Oswego, OR 97035

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,236.06 |
|---|---|---|---|

**Level 3 Communications TW Telecom**
100 CenturyLink Drive
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,929.57 |
|---|---|---|---|

**Liberty Test Equipment, Inc.**
1640 Lead Hill Blvd., Suite 120,
Roseville, CA 95661

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,324.28 |
|---|---|---|---|

**Lighthorse Technologies, Inc.**
9511 Ridgehaven Ct # B
San Diego, CA 92123

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400.00 |
|---|---|---|---|

**Lightwave Broadband, LLC**
27525 Valley Center Rd.
P.O. Box 3008
Valley Center, CA 92082

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28,738.05 |
|---|---|---|---|

**Lisa D Serrano**
12596 Fairbrook Rd
San Diego, CA 92131

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _8/2/2019_

**Basis for the claim:** _Employee Wage Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,055.00 |
|---|---|---|---|

**Litle & Co**
100 WASHINGTON AVE S
STE 1200
MPLS, MN 55401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Trade Claim_

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **Ingenu Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $61,805.61 |

**LKP Global Law LLP**
**1901 Avenue of the Stars**
**Los Angeles, CA 90067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | $174,876.84 |
|---|---|---|

**LogiSense Corporation**
**278 Pinebush Rd #101**
**Cambridge, Ontario N1T1Z6**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | $2,297.37 |
|---|---|---|

**Loren Hiew**
**12211 Avenida Consentido**
**San Diego, CA 92128**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/25/2018

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | $3,067.73 |
|---|---|---|

**Manpower Temp Services**
**99 Park Ave 9th floor,**
**New York, NY 10016**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.131 | **Nonpriority creditor's name and mailing address** | $118.48 |
|---|---|---|

**Marietta**
**205 Lawrence Street**
**Marietta, GA 30060**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade Claim**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | $14,890.27 |
|---|---|---|

**Mark Malopy**
**547 Nantucket Ct.**
**Encinitas, CA 92024**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/3/2018

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | $49,384.15 |
|---|---|---|

**Mark Strawn**
**8241 Hudson Drive**
**San Diego, CA 92119**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2/2019

Basis for the claim:  **Employee Wage Claim**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.134**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,497.05 |
|---|---|---|
| **Marychello Bockenhauer**<br>2676 B St<br>San Diego, CA 92102 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/11/2019 | **Basis for the claim:** __Employee Wage Claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.135**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $238.65 |
|---|---|---|
| **Matthew Hughes**<br>3622 Jackdaw St<br>San Diego, CA 92103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade Claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.136**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,587.28 |
|---|---|---|
| **Matthew Hughes**<br>3622 Jackdaw St<br>San Diego, CA 92103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/25/2018 | **Basis for the claim:** __Employee Wage Claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.137**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,950.00 |
|---|---|---|
| **Md7, LLC**<br>10590 W Ocean Air Dr<br>#300<br>San Diego, CA 92130 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade Claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.138**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $227.35 |
|---|---|---|
| **Memphis Light, Gas and Water Division**<br>220 South Main Street<br>Memphis, TN 38103 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade Claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.139**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,724.24 |
|---|---|---|
| **MetLife Small Business Center**<br>200 Park Ave<br>New York, NY 10166-0188 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | **Basis for the claim:** __Trade Claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

**3.140**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,246.71 |
|---|---|---|
| **Michael Peralta**<br>11776 Avenida Anacapa<br>El Cajon, CA 92019 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  5/25/2018 | **Basis for the claim:** __Employee Wage Claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,836.36**

**Michelle Koenig**
17013 Albert Ave
San Diego, CA 92127

Date(s) debt was incurred  **5/25/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Wage Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$96,902.00**

**MISSION FEDERAL CREDIT UNION**
10325 Meanley Drive
San Diego, CA 92131

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$676.50**

**Mobile Mark, Inc.**
1140 W Thorndale Ave
Itasca, IL 60143

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.92**

**Mouser Electronics, Inc.**
1165 Allgood Road, Suite 20
Marietta, GA 30062

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,200.00**

**Multek Technologies Limited**
101 Academy Dr.
Irvine, CA 92617

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,450.51**

**Mutual of Omaha c/o Sandy Schwennesen**
3300 Mutual of Omaha Plaza
Omaha, NE 68175

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,001.57**

**Nancy J Equihua**
13771 Marshall Lane
Tustin, CA 92780

Date(s) debt was incurred  **3/29/2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Wage Claim**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Ingenu Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.148 | **Nonpriority creditor's name and mailing address**<br>**Nashville Electric Service**<br>1214 Church St<br>Nashville, TN 37246 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$683.16** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Claim__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.149 | **Nonpriority creditor's name and mailing address**<br>**Nemko Canada**<br>303 River Rd<br>Ottawa, Ontario K1V 1H2 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$26,064.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Claim__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address**<br>**Newport Board Group LLC**<br>12 Broad Street<br>Redbank, NJ 07701 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$45,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Claim__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address**<br>**Nick Gifford**<br>4624 Mississippi Street<br>Unit 2<br>San Diego, CA 92116 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,766.61** |
|---|---|---|---|
| | Date(s) debt was incurred _5/25/2018_<br>Last 4 digits of account number _ | **Basis for the claim:** __Employee Wage Claim__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address**<br>**Nokia Solutions and Networks US, LLC SAC**<br>240 Line St<br>Easton, PA 18042 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$72,294.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Claim__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address**<br>**Northcentral Electric Power Association**<br>4600 Northcentral Way<br>Olive Branch, MS 38654 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$72.80** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Claim__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.154 | **Nonpriority creditor's name and mailing address**<br>**NV Energy**<br>6226 W. Sahara Ave.<br>Las Vegas, NV 89146 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$174.03** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** __Trade Claim__<br><br>Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   **Ingenu Inc.**
Name

Case number (if known) _____

| | |
|---|---|
| 3.155 | **Nonpriority creditor's name and mailing address** |

**Octiv Inc.**
**54 Monument Circle**
**Ste 200**
**Indianapolis, IN 46204**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$8,100.00

---

| | |
|---|---|
| 3.156 | **Nonpriority creditor's name and mailing address** |

**Ohio Power Company dba AEP Ohio**
**1 Riverside Plaza**
**Columbus, OH 43215-2372**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$148.30

---

| | |
|---|---|
| 3.157 | **Nonpriority creditor's name and mailing address** |

**Oracle America, Inc**
**500 Oracle Parkway**
**Redwood Shores, CA 94065**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$7,754.50

---

| | |
|---|---|
| 3.158 | **Nonpriority creditor's name and mailing address** |

**Orlando Utilities Commission**
**100 W Anderson St**
**Orlando, FL 32801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$79.45

---

| | |
|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** |

**OSI Electronics**
**12533 Chadron Ave**
**Hawthorne, CA 90250**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$142,542.74

---

| | |
|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** |

**Palomar Communications**
**2230 Micro Pl**
**Escondido, CA 92029**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$5,250.00

---

| | |
|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** |

**Parker Chomerics Parker Hannifin Corpora**
**135 Bryant Ave**
**Cranford, NJ 07016**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

$9,508.52

---

Debtor    **Ingenu Inc.**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.162 | Nonpriority creditor's name and mailing address | $12,825.12 |

**Parker Hannifin Corporation**
**6035 PARKLAND BLVD**
**Cleveland, OH 44124**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Basis for the claim:  **Default Judgment**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | $170.89 |
|---|---|---|

**Pedernales Electric Cooperative, Inc.**
**201 S. Avenue F**
**Johnson City, TX 78636**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | $6,496.04 |
|---|---|---|

**Philip Peshin**
**16539 4S Ranch Parkway**
**San Diego, CA 92127**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/25/2018**
**Last 4 digits of account number** ___

Basis for the claim:  **Employee Wage Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | $157,814.88 |
|---|---|---|

**Phoenix Mecano, Inc.**

**7330 Executive Way**
**Frederick, MD 21704**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Basis for the claim:  **Judgment by Court**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | $4,591.34 |
|---|---|---|

**Phong Tran**
**4232 46th Street**
**Apt. #4**
**San Diego, CA 92115**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  6/8/2018**
**Last 4 digits of account number** ___

Basis for the claim:  **Employee Wage Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | $139.37 |
|---|---|---|

**Piedmont Electric Membership Cooperative**
**Post Office Drawer 1179**
**Hillsborough, NC 27278-1179**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | $234.57 |
|---|---|---|

**Pitney Bowes**
**3001 Summer St.**
**Stamford, CT 06926**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** ___
**Last 4 digits of account number** ___

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$430.00** |
|---|---|---|---|

**Pompano Beach Permit Number 16 8062**
**100 W Atlantic Blvd**
**Pompano Beach, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,800.00** |
|---|---|---|---|

**Praetorian Group. Inc.**
**66-85 73rd Place,**
**2nd Floor,**
**Middle Village, NY 11379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,320.12** |
|---|---|---|---|

**Pratik Yadav**
**9952 Kika Ct**
**Apt 5222**
**San Diego, CA 92129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/25/2018

Basis for the claim:  Employee Wage Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$610.68** |
|---|---|---|---|

**PRECISION GRAPHIC SYSTEMS**
**9353 Activity Rd**
**San Diego, CA 92126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,778.00** |
|---|---|---|---|

**Pricewaterhouse Coopers LLP.**
**90 Park Ave,**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.71** |
|---|---|---|---|

**Principal Financial Group**
**711 High Street**
**Des Moines, IA 50392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Promar Designs, Inc.**
**1106 Second Street,**
**Studio 606**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,187.64** |
|---|---|---|---|

**Qi Zhang**
**8239 Stage Coach Place**
**San Diego, CA 92129**

Date(s) debt was incurred  **6/8/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,161.13** |
|---|---|---|---|

**Quality Systems Integrated Corporation**
**6740 Top Gun Street**
**San Diego, CA 92121**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,793.60** |
|---|---|---|---|

**Ramsey Electonics, Inc.**
**590 Fishers Station Dr,**
**Victor, NY 14564**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$460.00** |
|---|---|---|---|

**Richardson RFPD**
**1950 S Batavia Ave #100**
**Geneva, IL 60134**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,720.34** |
|---|---|---|---|

**Rick Price**
**1730 Orchard Wood Rd**
**Encinitas, CA 92024**

Date(s) debt was incurred  **5/11/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$157.47** |
|---|---|---|---|

**Riverside County Treasurer**
**38-686 El Cerrito Rd**
**Palm Desert, CA 92211**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,240.45** |
|---|---|---|---|

**Rob Boesel**
**11229 Wheatland Place**
**San Diego, CA 92131**

Date(s) debt was incurred  **6/8/2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Employee Wage Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Ingenu Inc.**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.183 | **Nonpriority creditor's name and mailing address** | **$148.73** |

**Rocky Mountain Power**
**1407 W North Temple**
**Salt Lake City, UT 84116**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **$22,000.00** |
|---|---|---|

**RTx Technology Co., Ltd.**
**58-18 Hyunduk-ro Anjung-eup**
**Pyeongtaek-si**
**Gyeonggi-do, Korea 17942-0000**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **$3,875.00** |
|---|---|---|

**Ryan, LLC**
**Three Galleria Tower**
**13155 Noel Road**
**Suite 100**
**Dallas, TX 75240-5090**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **$384.51** |
|---|---|---|

**Salt River Project**
**1500 N. Mill Ave.**
**Tempe, AZ 85281, AZ 85281**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | **$250.00** |
|---|---|---|

**San Diego Pension Consultants**
**5628 Copley Dr**
**San Diego, CA 92111**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | **$29,965.39** |
|---|---|---|

**Sandra Phan**
**807 Crestview Court**
**San Marcos, CA 92078**

Date(s) debt was incurred  __8/2/2019__
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Employee Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | **$184.96** |
|---|---|---|

**Santa Fe ISD**
**4133 Warpath**
**P O Box 370**
**Santa Fe, TX 77510**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Ingenu Inc.** | | Case number *(if known)* | |
| | Name | | | |

| | | | |
|---|---|---|---|
| 3.190 | **Nonpriority creditor's name and mailing address**<br>**Saul Beniquez**<br>**5654 NW 122nd Ave**<br>**Coral Springs, FL 33076**<br><br>Date(s) debt was incurred  **5/11/2018**<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Employee Wage Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$8,006.79** |

| 3.191 | **Nonpriority creditor's name and mailing address**<br>**SBA Network Services, LLC**<br>**8051 Congress Ave**<br>**Boca Raton, FL 33487**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,102,012.38** |

| 3.192 | **Nonpriority creditor's name and mailing address**<br>**Sematext Group, Inc.**<br>**540 President St**<br>**Brooklyn, NY 11215**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,655.00** |

| 3.193 | **Nonpriority creditor's name and mailing address**<br>**Shelby County Trustee**<br>**157 Poplar Ave #200**<br>**Memphis, TN 38103**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$188.65** |

| 3.194 | **Nonpriority creditor's name and mailing address**<br>**Sheppard Mullin Richter & Hampton LLP**<br>**30 Rockefeller Plaza**<br>**New York, NY 10112**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$3,785.70** |

| 3.195 | **Nonpriority creditor's name and mailing address**<br>**Signa Digital Solutions**<br>**8525 Camino Santa Fe suite g**<br>**San Diego, CA 92121**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,682.67** |

| 3.196 | **Nonpriority creditor's name and mailing address**<br>**Silicon Valley Bank Mastercard**<br>**3003 Tasman Dr.**<br>**Santa Clara, CA 95054**<br><br>Date(s) debt was incurred __<br><br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Claim**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$43,718.40** |

Debtor    **Ingenu Inc.**
_____
Name

Case number (*if known*) _____

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,145.00** |
|---|---|---|---|

**SkyRiver Communications, Inc. Accounts R**
**411 E Clinton Ave**
**Athens, TX 75751-3420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$216.05** |
|---|---|---|---|

**Srikanth Uppala**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,074.00** |
|---|---|---|---|

**SSAE 16 Professionals, LLP**
**750 3rd Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,435.79** |
|---|---|---|---|

**Staples Business Advantage Staples Contr**
**125 Mushroom Blvd**
**Rochester, NY 14623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$374.10** |
|---|---|---|---|

**StarTex Power Constellation Newenergy, I**
**100 Constellation Way Ste 500**
**Baltimore, MD 21202-6302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,328.47** |
|---|---|---|---|

**Suelyn Manush Wallace**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$53.00** |
|---|---|---|---|

**Sumner County Trustee**
**355 Belvedere Dr N # 107**
**Gallatin, TN 37066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Trade Claim

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Ingenu Inc.**                                    Case number *(if known)* _____
          _____
          Name

| | |
|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** |

**3.204**

**Nonpriority creditor's name and mailing address**

**Sunil Agrawal**
**230 S.W. Mudd**
**Mail Code 4703**
**Broadway & 120th street**
**New York, NY 10027**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,800.00**

---

**3.205**

**Nonpriority creditor's name and mailing address**

**Talley Inc.**
**160 Jony Dr**
**Carlstadt, NJ 07072**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$1,041.12**

---

**3.206**

**Nonpriority creditor's name and mailing address**

**TECO**
**1331 Pennsylvania Avenue NW UNIT 510**
**Washington, DC 20004**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$81.00**

---

**3.207**

**Nonpriority creditor's name and mailing address**

**Ted Myers**
**346 Bandera Street**
**La Jolla, CA 92037**

Date(s) debt was incurred __5/11/2018__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __Employee Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$13,833.03**

---

**3.208**

**Nonpriority creditor's name and mailing address**

**Tessco Technologies, Inc.**
**Global Logistics Center**
**11126 McCormick Road**
**Hunt Valley, MD 21031-1494**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$3,084.84**

---

**3.209**

**Nonpriority creditor's name and mailing address**

**The City of East Point Georgia**
**East Point City Hall**
**2757 E Point Street**
**East Point, GA 30344**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$582.38**

---

**3.210**

**Nonpriority creditor's name and mailing address**

**The ProSource Group, Inc.**
**27467 St. Andrews Lane**
**Valley Center, CA 92082**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

**$33,750.00**

---

Debtor    **Ingenu Inc.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.211 | **Nonpriority creditor's name and mailing address** <br> **Thoughtclan Technologies Pvt. Ltd.** <br> **111-113 High St Evesham** <br> **Worcestershire, UK WR11 4XP** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Trade Claim_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$27,711.30** |
| 3.212 | **Nonpriority creditor's name and mailing address** <br> **Timesys Corporation** <br> **1905 Boulevard of the Allies** <br> **Pittsburgh, PA 15219** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Trade Claim_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$23,875.00** |
| 3.213 | **Nonpriority creditor's name and mailing address** <br> **TN Metropolitan Trustee** <br> **700 2nd Ave S** <br> **Nashville, TN 37210** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Trade Claim_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$136.99** |
| 3.214 | **Nonpriority creditor's name and mailing address** <br> **Tower Resource Management, LLC** <br> **16 Chestnut Street** <br> **Ste 400** <br> **Foxboro, MA 02035-1462** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Trade Claim_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$99,427.32** |
| 3.215 | **Nonpriority creditor's name and mailing address** <br> **Town of Landis** <br> **P.O. Box 8165** <br> **312 S. Main Street** <br> **Landis, NC 28088** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Trade Claim_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$57.80** |
| 3.216 | **Nonpriority creditor's name and mailing address** <br> **Tri County Electric Cooperative, Inc.** <br> **600 NW Parkway** <br> **Azle, TX 76020** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Trade Claim_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$151.93** |
| 3.217 | **Nonpriority creditor's name and mailing address** <br> **TTM Technologies** <br> **1665 Scenic Avenue** <br> **Suite 250** <br> **Costa Mesa, CA 92626** <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | As of the petition filing date, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _Default Judgment_ <br><br> Is the claim subject to offset? ■ No ☐ Yes | **$101,536.88** |

| Debtor | **Ingenu Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200.00 |
|---|---|---|---|

**Underwriters Laboratories Inc.**
**1285 Walt Whitman Rd**
**Melville, NY 11747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,831.69 |
|---|---|---|---|

**United Health Care Wells Fargo Lockbox,**
**275 7th Avenue**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,352.71 |
|---|---|---|---|

**United States Treasury**
**1500 Pennsylvania Ave NW**
**Washington, DC 20220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $347.00 |
|---|---|---|---|

**Vectus**
**2424 Garden of the Gods Road**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,929.62 |
|---|---|---|---|

**Verizon Wireless**
**57 W 57th St**
**New York, NY 10019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,344.93 |
|---|---|---|---|

**Vicky Taylor**
**6141 Dirac Street**
**San Diego, CA 92122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __8/2/2019__

Last 4 digits of account number _

Basis for the claim: __Employee Wage Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $218,400.00 |
|---|---|---|---|

**WellAware Holdings Inc.**
**3424 Paesanos Pkwy #200**
**San Antonio, TX 78231**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Trade Claim__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Ingenu Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,231.42 |
|---|---|---|---|

**West End Hotel LLC C/O Marshall Fried**
**2555 West End Ave**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,475.00 |
|---|---|---|---|

**Westpak, Inc.**
**83 Great Oaks Blvd**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45.00 |
|---|---|---|---|

**William County Trustee**
**1320 West Main Street**
**Suite 203**
**Attn: Karen Paris - Trustee**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,526.71 |
|---|---|---|---|

**William Schmidt**
**1749 NE Miami Ct**
**Unit 211**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2/2019

Basis for the claim:  Employee Wage Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,943.50 |
|---|---|---|---|

**Witz Communications Inc.**
**555 Fayetteville St #300**
**Raleigh, NC 27601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.38 |
|---|---|---|---|

**Xcel Energy Public Service Company of Co**
**800 Nicollet Mall**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $109.86 |
|---|---|---|---|

**York Electric Cooperative, Inc.**
**1385 Alexander Love Hwy**
**York, SC 29745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Debtor  **Ingenu Inc.**                                    Case number (if known) _____
         _____
         Name

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Phoenix Mecano - Rose Bopla**<br>**7330 Executive Way**<br>**Frederick, MD 21704** | Line **3.165**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **TTM Technologies aka Viasystem**<br>**4 Old Monson Rd**<br>**Stafford Springs, CT 06076** | Line **3.217**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ **12,008.75** |
| 5b. Total claims from Part 2 | 5b. + | $ **10,854,870.33** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ **10,866,879.08** |

**Fill in this information to identify the case:**

Debtor name **Ingenu Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Warehouse** | |
| | State the term remaining | **Month to Month** | **CEVA Freight LLC** |
| | List the contract number of any government contract | | **15350 Vickery Drive** **Houston, TX 77032** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Revenue Share Agreement - Debtor's Interest - Royalties - Contract expires November 7, 2024** | |
| | State the term remaining | **4 Years** | **Rain Cloud Water Mgmt LLC** |
| | List the contract number of any government contract | | **114 Mallard Cove** **Bay, AR 72411** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **License agreement - Debtor's Interest - Royalties - Contract expires January 8, 2039** | |
| | State the term remaining | **19 years** | **RPMA International, Corp.** |
| | List the contract number of any government contract | | **PH Prime Tower, Of 12D** **Costa del Este** **Panama City, Panama** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Data Center** | |
| | State the term remaining | **Month to Month** | **Scalematrix** |
| | List the contract number of any government contract | | **5775 Kearny Villa Road** **San Diego, CA 92123** |

Debtor 1    **Ingenu Inc.**

First Name              Middle Name              Last Name

Case number *(if known)* _____

<table>
<tr><td style="background:#3d0033;width:60px;"> </td><td>**Additional Page if You Have More Contracts or Leases**</td></tr>
</table>

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Storage Facility** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Storage West**<br>**14254 Poway Road**<br>**Poway, CA 92064** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Data Center** | |
|---|---|---|---|
| | State the term remaining | **Month to Month** | **Streamline**<br>**22722 29th Drive SE, Suite 100**<br>**Bothell, WA 98021** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Revenue Share Agreement - Debtor's Interest - Royalties - Contract expires April 9, 2025** | |
|---|---|---|---|
| | State the term remaining | **5 years** | **Upland**<br>**1660 Highway 100 South, Ste 38**<br>**Minneapolis, MN 55416** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name __**Ingenu Inc.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____<br><br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name  **Ingenu Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2020** to **Filing Date** | ☑ Operating a business<br>☐ Other  _____ | **$12,000.00** |
| **For prior year:** From  **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>☑ Other  **Awaiting preparation of tax returns** | **Unknown** |
| **For year before that:** From  **1/01/2018** to **12/31/2018** | ☐ Operating a business<br>☑ Other  **Awaiting preparation of tax returns** | **Unknown** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|
| | | | |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | Ingenu Inc. | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Flextronics International USA Inc. v Ingenu, Inc. 37-2017-00050006-CU-MC-CTL | Civil - Post Judgment - Judgment Entered 01/13/2020 | San Diego Superior Court 330 W Broadway San Diego, CA 92101 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.2. | West End Hotel, LLC v. Ingenu Inc. 37-2020-00010664-CU-EN-CTL | Sister State Judgment | San Diego Superior Court 330 West Broadway San Diego, CA 92101 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.3. | TOWER RESOURCE MANAGEMENT LLC vs INGENU INC 37-2019-00051702-CU-BC-CTL | Breach of Contract/Warranty | San Diego Superior Court 330 West Broadway San Diego, CA 92101 | ☑ Pending ☐ On appeal ☐ Concluded |
| 7.4. | Simpson vs INGENU Inc 37-2019-00015715-CU-EN-CTL | Enforcement | San Diego Superior Court 330 West Broadway San Diego, CA 92101 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.5. | Hornung vs INGENU Inc 37-2019-00013150-CL-EN-CTL | Enforcement | San Diego Superior Court 330 West Broadway San Diego, CA 92101 | ☐ Pending ☐ On appeal ☑ Concluded |
| 7.6. | Castaneda vs INGENU Inc 37-2019-00011744-CL-EN-CTL | Enforcement | San Diego Superior Court 330 West Broadway San Diego, CA 92101 | ☐ Pending ☐ On appeal ☑ Concluded |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    **Ingenu Inc.**                                            Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.7. | **PARKER HANNIFIN CORPORATION VS. INGENU INC**<br>37-2018-00021610-CL-CL-CTL | **Rule 3.740 Collections** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.8. | **SERRANO VS INGENU INC**<br>37-2019-00063377-CU-EN-CTL | **Enforcement** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **HAMEED VS INGENU INC**<br>37-2019-00040716-CU-EN-CTL | **Enforcement** | **San Diego Superior Court**<br>**330 W Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.10. | **Snezana Stjepovic vs. Ingenu Inc**<br>37-2018-00064729-CU-EN-CTL | **Enforcement** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.11. | **Marychello Bockenhauer vs Ingenu Inc**<br>37-2018-00047936-CU-CO-CTL | **Contract - Other** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **TTM Technologies Inc vs. Ingenu Inc**<br>37-2018-00047698-CU-EN-CTL | **Enforcement** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.13. | **SBA Network Services LLC vs Ingenu Inc**<br>37-2018-00005713-CU-BC-CTL | **Breach of Contract/Warranty** | **San Diego Superior Court**<br>**330 W Broadway**<br>**San Diego, CA 92101** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.14. | **Mission Federal Credit Union vs Ingenu Inc**<br>37-2018-00004709-CU-UD-CTL | **Unlawful Detainer - Commercial** | **San Diego Superior Court**<br>**330 W Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.15. | **Phoenix Mecano Inc vs Ingenu Inc**<br>37-2018-00000143-CU-CL-CTL | **Other Collections** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.16. | **Bluestream Professional Services LLC vs Ingenu Inc**<br>37-2017-00042296-CU-BC-CTL | **Breach of Contract** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| 7.17. | **Witz Communications Inc vs Ingenu Inc**<br>37-2017-00041272-CU-BC-CTL | **Breach of Contract/Warranty** | **San Diego Superior Court**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Ingenu Inc.**                                            Case number *(if known)*

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sullivan Hill Rez & Engel, APLC**<br>**600 B Street**<br>**Suite 1700**<br>**San Diego, CA 92101** | **Attorney Fees and Retainer on Deposit** | 06.18.20<br>07.02.20<br>07.06.20<br>07.23.20<br>07.27.20 | **$121,754** |
| | Email or website address<br>**hawkins@sullivanhill.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Debtor    **Ingenu Inc.**                                                                    Case number *(if known)*

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **10301 Meanley Drive San Diego, CA 92131** | **From February 2016 - to 2018** |
| 14.2. | **7310 Miramar Road, Suite 400 San Diego, CA 92126** | **from March 2019 to May 2019** |

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Ingenu Retirement Savings Plan** | EIN:  **26-2162744** |

Has the plan been terminated?
☐ No
☑ Yes

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor  **Ingenu Inc.**  Case number *(if known)* _____

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Ceva Freight LLC**<br>**15350 Vickery Drive**<br>**Houston, TX 77032** | **Babak Razi**<br>**Alvaro Gazzolo** | **Access points and computer equipment.** | ☐ No<br>☑ Yes |
| **Storage West**<br>**14254 Poway Road**<br>**Units A103, A104 and C107**<br>**Poway, CA 92064** | **Babak Razi**<br>**Alvaro Gazzolo** | **Office furniture, fixtures and equipment.** | ☐ No<br>☑ Yes |
| **Scalematrix**<br>**5775 Kearny Villa Road**<br>**San Diego, CA 92123** | **Babak Razi**<br>**Alvaro Gazzolo** | **Data Center - Corporate records, source code, intellectual property, etc.** | ☐ No<br>☑ Yes |
| **Streamline**<br>**22722 29th Drive SE, Suite 100**<br>**Bothell, WA 98021** | **Babak Razi**<br>**Alvaro Gazzolo** | **Data Center - Operating servers (Data Center)** | ☐ No<br>☑ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No.<br>
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

### 23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an

Debtor    **Ingenu Inc.**                                    Case number *(if known)*

---

**environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |
| 25.1.   **PT Ingenu IoT Indonesia Soulh Jakarta** | **Same.** | **EIN:**   **AHU0002493.AH.01.01.TAHUN 2020**<br>**From-To**<br>**January 2020 - Current** |

26. **Books, records, and financial statements**
  26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Steve Peterson**<br>**2416 W. Roy Rogers Road**<br>**Phoenix, AZ 85085** | **Resigned in 2018** |
| 26a.2.   **Mitchell Sorkin**<br>**Raiche Ende Malter & Co., LLP**<br>**1375 Broadway, 15th Floor**<br>**New York, NY 10018** | **April 2020 - Current** |
| 26a.3.   **Babak Razi**<br>**345 N. Maple Drive., Ste. 277**<br>**San Diego, CA 92101** | **July 2017 - July 2020** |
| 26a.4.   **Vicky Taylor**<br>**6141 Dirac Street**<br>**San Diego, CA 92122** | **Unknown** |
| 26a.5.   **Sandra Phan**<br>**807 Crestview Court**<br>**San Marcos, CA 92078** | **Unknown** |
| 26a.6.   **Colleen Cleary**<br>**15950 W. Monte Cristo Ave**<br>**Surprise, AZ 85374** | **Unknown** |

  26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor    **Ingenu Inc.**                                      Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Raiche Ende Malter & Co. LLP**<br>**Mitchell Sorkin**<br>**1375 Broadway, 15th Floor**<br>**New York, NY 10018** | **April 2020 - Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Kelli Cleary**<br>**15950 W. Monte Cristo Ave.**<br>**Surprise, AZ 85374** | |
| 26c.2.  **Babak Razi**<br>**324 N. Maple Drive, Ste 277**<br>**San Diego, CA 92101** | |
| 26c.3.  **Steve Peterson**<br>**2416 W. Roy Rogers Road**<br>**Phoenix, AZ 85085** | |
| 26c.4.  **Vicky Taylor**<br>**6141 Dirac Street**<br>**San Diego, CA 92122** | |
| 26c.5.  **Raiche Ende Malter & Co. LLP**<br>**Mitchell Sorkin**<br>**1375 Broadway, 15th Floor**<br>**New York, NY 10018** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Alvaro Gazzolo** | **1154 Alfonso Ave**<br>**Coral Gables, FL 33146** | **Director and Chief Executive Officer** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

Debtor    **Ingenu Inc.**                                                    Case number *(if known)*

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| **Babak Cyrus Razi** | **345 North Maple Drive Beverly Hills, CA 90210** | **Interim CEO Director Controls GP of LPs holding preferred equity and secured debt** | **July 2017 - July 2020** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor    **Ingenu Inc.**                                                                  Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 27, 2020**

_____            **Alvaro Gazzolo**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor    **Chief Executive Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

# United States Bankruptcy Court
## Southern District of California

In re    **Ingenu Inc.**                        Case No. _____
                               Debtor(s)         Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **See attached.** | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **July 27, 2020** _____        Signature   **/s/ Alvaro Gazzolo**
                                                    **Alvaro Gazzolo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## IV. Ingenu Inc. – Equity Security Holders
*Section B*

| | | | | | Total # of Shares |
|---|---|---|---|---|---|
| | | | | | **107,039,565** |

| | | |
|---|---|---|
| C: | Common |
| PA | Series A |
| PB | Series B |
| PC | Series C |
| PD | Series D |

| Date | Owner | All Stock Series | Stock Cert | Shares |
|---|---|---|---|---|
| 3/13/2008 | Joaquin Fernandez-Silva | Common | C-1 | 2,500,000 |
| 3/13/2008 | Robert W. Boessel | Common | C-2 | 2,500,000 |
| 3/13/2008 | Theodore Myers | Common | C-3 | 2,500,000 |
| 4/12/2010 | Vijay Ujjain | Common | C-4 | 18,333 |
| 4/19/2010 | Steven Friedman | Common | C-5 | 5,000 |
| 7/20/2011 | Fred C. Leland | Common | C-6 | 19,170 |
| 1/14/2012 | John Bryson | Common | C-7 | 85,988 |
| 1/14/2012 | Louise Bryson, trustee of the Bryson 2011 Irrevocable Trust FBO Jane Templeton Bryson: 35-6939531 | Common | C-8 | 21,497 |
| 1/14/2012 | Louise Bryson, trustee of the Bryson 2011 Irrevocable Trust FBO Julia Easton Bryson: 35-6939532 | Common | C-9 | 21,497 |
| 1/14/2012 | Louise Bryson, trustee of the Bryson 2011 Irrevocable Trust FBO Kathleen Louise Bryson: 35-6939533 | Common | C-10 | 21,497 |
| 1/14/2012 | Louise Bryson, trustee of the Bryson 2011 Irrevocable Trust FBO Ruth Randall Bryson: 35-6939534 | Common | C-11 | 21,497 |
| 1/14/2012 | John Bryson | Common | C-7 | (85,988) |
| 1/28/2012 | Jeff Gray | Common | C-12 | 117,118 |
| 2/8/2012 | Tien Nguyen | Common | C-13 | 87,719 |
| 4/5/2012 | David E. Weiss | Common | C-14 | 8,706 |
| 5/22/2012 | Jon S. Gilbert | Common | C-15 | 0 |
| 5/22/2012 | Blue Sky Network, LLC | Common | C-16 | 21,875 |
| 5/25/2012 | Scott Kosch | Common | C-17 | 10,938 |
| 5/25/2012 | David J. Balicki | Common | C-18 | 5,000 |
| 5/8/2012 | Gerald Anderson | Common | C-19 | 20,000 |
| 5/31/2012 | Dixon Chan Dick | Common | C-20 | 10,000 |
| 7/2/2012 | Eckart Helmut Voskamp | Common | C-21 | 203,750 |
| 7/2/2012 | Eckart Helmut Voskamp | Common | C-22 | 8,750 |
| 8/31/2012 | Leung Hon Yew | Common | C-23 | 34,375 |
| 1/2/2013 | Jonas N. Olsen | Common | C-24 | 50,000 |
| 2/17/2013 | Prasad Narayana | Common | C-25 | 5,625 |
| 2/17/2013 | Prasad Narayana | Common | C-26 | 7,083 |
| 2/20/2013 | Michael G. Uppenkamp | Common | C-27 | 1,062 |
| 2/20/2013 | Michael G. Uppenkamp | Common | C-28 | 26,250 |
| 3/25/2013 | Mukunda Saddi | Common | C-29 | 9,375 |
| 3/25/2013 | Mukunda Saddi | Common | C-30 | 35,625 |
| 3/25/2013 | Mukunda Saddi | Common | C-31 | 90,000 |
| 3/29/2013 | Sourav Raj Dey | Common | C-32 | 5,937 |
| 3/29/2013 | Sourav Raj Dey | Common | C-33 | 9,166 |
| 3/29/2013 | Sourav Raj Dey | Common | C-34 | 14,583 |
| 4/8/2013 | Rahul Tikia | Common | C-35 | 1,500 |
| 5/6/2013 | Amy McGinnis | Common | C-36 | 13,125 |
| 8/22/2013 | Vibhor Julka | Common | C-37 | 22,604 |
| 8/27/2013 | Joseph Papa | Common | C-38 | 7,142 |
| 9/6/2013 | Connor Poske | Common | C-39 | 7,646 |

| All Stock | | | Total # of Shares |
|---|---|---|---|
| 10/3/2013 | Joshal Daftari | Common C-40 | 3,333 |
| 12/16/2013 | Tong Liu | Common C-41 | 5,468 |
| 1/17/2014 | Shawn Reuland | Common C-42 | 8,958 |
| 1/17/2014 | Shawn Reuland | Common C-43 | 4,687 |
| 5/18/2014 | Suzanne Lueder | Common C-44 | 3,958 |
| 5/18/2014 | Suzanne Lueder | Common C-45 | 2,501 |
| 7/10/2014 | VenVest Capital I, L.P. | Common C-46 | 50,000 |
| 7/10/2014 | VenVest Capital I, L.P. | Common C-47 | 250,000 |
| 7/10/2014 | Joaquin Fernandez-Silva | Common C-48 | 2,200,000 |
| 7/10/2014 | Joaquin Fernandez-Silva | Common C-1 | (2,500,000) |
| 8/6/2014 | Todd Parker | Common C-49 | 60,000 |
| 8/6/2014 | Todd Parker | Common C-50 | 18,750 |
| 8/6/2014 | Todd Parker | Common C-51 | 7,708 |
| 8/6/2014 | Todd Parker | Common C-52 | 11,458 |
| 10/7/2014 | Rajashekhar Reddy Thootkuri | Common C-53 | 11,562 |
| 10/7/2014 | Rajashekhar Reddy Thootkuri | Common C-54 | 2,500 |
| 12/17/2014 | Matthew J. Schnaider | Common C-55 | 12,000 |
| 11/15/2014 | Russell D. Hofer | Common C-56 | 5,833 |
| 1/7/2015 | Tuan Nguyen | Common C-57 | 25,000 |
| 1/23/2015 | Michael Huovila | Common C-58 | 30,000 |
| 1/23/2015 | Michael Huovila | Common C-59 | 5,625 |
| 10/22/2015 | Taro Takahashi | Common C-60 | 8,125 |
| 11/10/2015 | Eric Angell | Common C-61 | 3,854 |
| 11/10/2015 | Eric Angell | Common C-62 | 6,146 |
| 4/19/2016 | Brian Kennedy | Common C-63 | 175,000 |
| 4/14/2016 | Matthew J. Schnaider | Common C-64 | 23,000 |
| 4/27/2016 | Doug Rasor | Common C-65 | 75,000 |
| 4/27/2016 | Doug Rasor | Common C-66 | 75,000 |
| 4/27/2016 | Doug Rasor | Common C-67 | 120,000 |
| 4/27/2016 | Doug Rasor | Common C-68 | 470,451 |
| 4/15/2016 | Farooq Anjum | Common C-69 | 53,750 |
| 5/2/2016 | Kevin Hell | Common C-70 | 200,000 |
| 5/6/2016 | Mark Jackson | Common C-71 | 20,625 |
| 5/6/2016 | Donald Telage | Common C-72 | 283,488 |
| 5/6/2016 | Donald Telage | Common C-73 | 219,298 |
| 5/6/2016 | Donald Telage | Common C-74 | 100,000 |
| 5/6/2016 | Donald Telage | Common C-75 | 125,000 |
| 5/6/2016 | Donald Telage | Common C-76 | 627,270 |
| 5/27/2016 | The Jackson Family Trust, DTD 5/5/94 | Common C-77 | 20,625 |
| 5/27/2016 | Mark Jackson | Common C-71 | (20,625) |
| 6/8/2016 | Anduin Capital Management, LLC | Common C-78 | 100,000 |
| 6/8/2016 | Anduin Capital Management, LLC | Common C-79 | 1,935 |
| 6/8/2016 | Anduin I, LP | Common C-80 | 100,000 |
| 6/8/2016 | Anduin Capital Management, LLC | Common C-78 | (100,000) |
| 6/8/2016 | Anduin I, LP | Common C-81 | 1,935 |
| 6/8/2016 | Anduin Capital Management, LLC | Common C-79 | (1,935) |

| Date | All Stock | | Code | Total # of Shares |
|---|---|---|---|---|
| 4/25/2016 | David E. Weiss | Common | C-82 | 8,706 |
| 4/25/2016 | David E. Weiss | Common | C-14 | (8,706) |
| 6/1/2016 | Bradford S. Wallace | Common | C-83 | 0 |
| 6/1/2016 | Bradford S. Wallace | Common | C-84 | 0 |
| 6/1/2016 | Bradford S. Wallace & Wendy S. Wallace, Joint Tenants with Rights of Survivorship | Common | C-85 | 102,500 |
| 6/1/2016 | Bradford S. Wallace | Common | C-83 | 0 |
| 6/1/2016 | Bradford S. Wallace & Wendy S. Wallace, Joint Tenants with Rights of Survivorship | Common | C-86 | 21,667 |
| 6/1/2016 | Bradford S. Wallace | Common | C-84 | 0 |
| 6/7/2016 | Kevin Hell | Common | C-87 | 2,775,149 |
| 6/7/2016 | Kevin Hell | Common | C-88 | 306,777 |
| 6/7/2016 | Kevin Hell | Common | C-89 | 59,797 |
| 6/10/2016 | Todd A. Parker | Common | C-90 | 37,500 |
| 7/25/2016 | Donald Telage | Common | C-91 | 1,750,000 |
| 7/25/2016 | Kevin Hell | Common | C-88 | (306,777) |
| 7/25/2016 | Kevin Hell | Common | C-89 | (59,797) |
| 7/25/2016 | Kevin Hell | Common | C-87 | (1,383,426) |
| 7/25/2016 | Kevin Hell | Common | C-92 | 1,391,723 |
| 7/25/2016 | Kevin Hell | Common | C-87 | (1,391,723) |
| 9/10/2016 | James Song | Common | C-93 | 10,000 |
| 10/6/2016 | Gary Wang | Common | C-94 | 4,531 |
| 10/17/2016 | Anujothi Jamuna Dinakaran | Common | C-95 | 5,417 |
| 10/18/2016 | Mark Jackson | Common | C-96 | 6,875 |
| 10/26/2016 | The Jackson Family Trust, DTD 5/5/94 | Common | C-97 | 6,875 |
| 10/26/2016 | Mark Jackson | Common | C-96 | (6,875) |
| 10/28/2016 | Onstead | Common | C-98 | 174,126 |
| 11/15/2016 | Mary Nielsen | Common | C-99 | 25,000 |
| 11/15/2016 | Mary Nielsen | Common | C-100 | 15,000 |
| 11/15/2016 | Mary Nielsen | Common | C-101 | 32,292 |
| 11/10/2016 | Tim O Leary | Common | C-102 | 9,375 |
| 11/28/2016 | Oanh Chu | Common | C-103 | 3,125 |
| 11/28/2016 | Varun Sood | Common | C-104 | 5,833 |
| 12/1/2016 | Matthew J. Schnaider | Common | C-105 | 8,250 |
| 12/2/2016 | Kristopher Siman | Common | C-106 | 2,812 |
| 12/9/2016 | Avinash Jain | Common | C-107 | 25,000 |
| 12/9/2016 | Avinash Jain | Common | C-108 | 15,000 |
| 12/9/2016 | Avinash Jain | Common | C-109 | 19,375 |
| 12/15/2016 | Brian Kennedy | Common | C-110 | 35,000 |
| 1/13/2017 | John C. Horn | Common | C-116 | 3,000,000 |
| 1/23/2017 | Alain Nguyen | Common | C-111 | 4,271 |
| 1/24/2017 | Venessa Sierra | Common | C-115 | 2,833 |
| 2/3/2017 | Roger L. Hagen | Common | C-112 | 17,500 |
| 2/3/2017 | Roger L. Hagen | Common | C-113 | 7,500 |
| 2/3/2017 | Roger L. Hagen | Common | C-114 | 10,938 |
| 3/15/2017 | Robert L. Hines, Jr. | Common | C-117 | 250,000 |
| 7/2/2012 | Eckart Helmut Voskamp | Common | C-21 | (203,750) |
| 7/2/2012 | Eckart Helmut Voskamp | Common | C-22 | (8,750) |

| | | All Stock | | Total # of Shares |
|---|---|---|---|---|
| | | Common | C-118 | |
| 6/7/2017 | Willi Voelker | Common | | 212,500 |
| 1/22/2009 | Donald & Susan Telage, as Joint Tenants | Series A | PA-1 | 450,285 |
| 1/22/2009 | Susan Telage, Trustee of Donald N. Telage Trust F/B/O Nicole M. Telage | Series A | PA-2 | 137,423 |
| 1/22/2009 | Robert J. Morris | Series A | PA-3 | 140,346 |
| 1/22/2009 | Michael A. Willner | Series A | PA-4 | 359,644 |
| 1/22/2009 | AFAB LLC | Series A | PA-5 | 738,120 |
| 1/22/2009 | AFAB II LLC | Series A | PA-6 | 605,263 |
| 1/22/2009 | Fred Leland, Trustee of F C Leland @ N Family Trust 2000 | Series A | PA-7 | 93,564 |
| 1/22/2009 | Alarcon Investments, LLC | Series A | PA-8 | 176,020 |
| 1/22/2009 | Arthur S. Myers | Series A | PA-9 | 134,501 |
| 1/22/2009 | Carl Myers | Series A | PA-10 | 90,641 |
| 1/22/2009 | Larry K. Nicholson | Series A | PA-11 | 56,138 |
| 1/22/2009 | Apollo Interactive, Inc. | Series A | PA-12 | 93,564 |
| 1/22/2009 | David Bohline | Series A | PA-13 | 90,641 |
| 1/22/2009 | Richard and Kelly Balue | Series A | PA-14 | 46,782 |
| 1/22/2009 | Anne M. Burdsall | Series A | PA-15 | 92,295 |
| 1/22/2009 | Jean-Pierre and Michelle LoMonaco | Series A | PA-16 | 46,147 |
| 1/22/2009 | JBJK Investments, LP | Series A | PA-17 | 360,028 |
| 1/22/2009 | Blue Sky Network, LLC | Series A | PA-18 | 90,007 |
| 1/22/2009 | Upland Consulting, Inc. | Series A | PA-19 | 92,295 |
| 1/22/2009 | John Thompson, Trustee of John & Concetta Thompson Family Trust Dated July 10, 2000and any amendments ther | Series A | PA-20 | 46,147 |
| 1/22/2009 | David Scott Kosch | Series A | PA-21 | 46,147 |
| 1/22/2009 | Dennis Brady | Series A | PA-22 | 46,147 |
| 1/22/2009 | Allison Weiss | Series A | PA-23 | 46,147 |
| 1/22/2009 | Greerco Investments LLC | Series A | PA-24 | 69,221 |
| 1/22/2009 | Archimedes Capital LLC | Series A | PA-25 | 45,003 |
| 1/22/2009 | Michael Consalvi | Series A | PA-26 | 90,007 |
| 1/22/2009 | Garth and Judy Stroble | Series A | PA-27 | 54,154 |
| 1/22/2009 | 3S Investments, LLC | Series A | PA-28 | 45,128 |
| 1/22/2009 | Willie H. Voelker | Series A | PA-29 | 268,233 |
| 1/22/2009 | Danny Ashcraft, Trustee of Ashcraft Revocable Trust, dated 11/22/1995 | Series A | PA-30 | 180,514 |
| 1/22/2009 | John G. Forester and Julie A. Forester, Co-Trustees of Forester Family Trust dated May 7, 1999 | Series A | PA-31 | 90,257 |
| 1/22/2009 | John G. Forester, Trustee of Sterling Trust Co., Custodian FBO John Forester | Series A | PA-32 | 90,257 |
| 1/22/2009 | Mitchell Lynn, Trustee of The Lynn Family Trust, UDT 3/15/85 | Series A | PA-33 | 175,438 |
| 1/22/2009 | David J. Balicki | Series A | PA-34 | 65,789 |
| 1/22/2009 | Harold C. Gilkey | Series A | PA-35 | 109,649 |
| 1/22/2009 | Richard and Kelly Balue | Series A | PA-36 | 43,859 |
| 1/22/2009 | Marie Wintergerst, Trustee of Marie Wintergerst Truste UAD 10/2/91 | Series A | PA-37 | 87,719 |
| 1/22/2009 | Herb Silverman | Series A | PA-38 | 87,719 |
| 1/22/2009 | Sharon Fratepietro | Series A | PA-39 | 65,789 |
| 1/22/2009 | Gary Goldberg and Marcia Ruberg | Series A | PA-40 | 65,789 |
| 7/21/2009 | Donald & Susan Telage, as Joint Tenants | Series A | PA-41 | 394,736 |
| 7/21/2009 | Susan Telage, Trustee of Donald N. Telage Trust F/B/O Nicole M. Telage | Series A | PA-42 | 43,859 |

| | All Stock | | | Total # of Shares |
|---|---|---|---|---|
| 7/21/2009 | AFAB II LLC | Series A | PA-43 | 377,192 |
| 7/21/2009 | Alarcon Investments, LLC | Series A | PA-44 | 107,017 |
| 7/21/2009 | Arthur S. Myers | Series A | PA-45 | 87,719 |
| 7/21/2009 | CM Polymers, Inc. | Series A | PA-46 | 87,719 |
| 7/21/2009 | Carl Myers | Series A | PA-47 | 87,719 |
| 7/21/2009 | Apollo Interactive, Inc. | Series A | PA-48 | 87,719 |
| 7/21/2009 | David Bohline | Series A | PA-49 | 43,859 |
| 7/21/2009 | F&S International Products Inc - Employee Incentive RETMT Plan U/A 01/01/1998 - FBO John Thompson | Series A | PA-50 | 43,859 |
| 7/21/2009 | F&S International Products Inc - Employee Incentive RETMT Plan U/A 01/01/1998 - FBO Christopher Thompson | Series A | PA-51 | 87,719 |
| 7/21/2009 | David Scott Kosch | Series A | PA-52 | 43,859 |
| 7/21/2009 | Harold C. Gilkey | Series A | PA-53 | 90,350 |
| 7/21/2009 | Marie Wintergerst trustee UAD 10/2/91 by Fred Wintergerst | Series A | PA-54 | 87,719 |
| 7/21/2009 | Herb Silverman | Series A | PA-55 | 43,859 |
| 7/21/2009 | Gary Goldberg and Marcia Ruberg | Series A | PA-56 | 43,859 |
| 7/21/2009 | David R. Johnson, Trustee The David R. Johnson Family Trust | Series A | PA-57 | 87,719 |
| 7/21/2009 | Richard Low | Series A | PA-58 | 52,631 |
| 7/21/2009 | Saal Family Partners, LP | Series A | PA-59 | 43,859 |
| 7/21/2009 | Mark Pincus | Series A | PA-60 | 43,859 |
| 7/21/2009 | Brian F. Peterson, Trustee the Brian F. Peterson Declaration of Trust UAD 02/21/07 | Series A | PA-61 | 87,719 |
| 7/21/2009 | HED Family Partnership | Series A | PA-62 | 109,649 |
| 7/21/2009 | Timothy S. Wada | Series A | PA-63 | 92,105 |
| 7/21/2009 | Tessera Group, LP | Series A | PA-64 | 65,789 |
| 7/21/2009 | Mark A. Guthrie | Series A | PA-65 | 43,859 |
| 8/25/2009 | Pacific Equity Ventures, L.P. a California Partnership By: PacVentures, Inc, a California Corporation (General Partne | Series A | PA-66 | 43,859 |
| 7/21/2009 | Darakey, LP | Series A | PA-67 | 131,578 |
| 7/21/2009 | Hugh Jones | Series A | PA-68 | 35,087 |
| 7/21/2009 | Herbert Fennerty | Series A | PA-69 | 43,859 |
| 7/21/2009 | Wechter Family LP Aarsyl Inc., its General Partner | Series A | PA-70 | 131,578 |
| 7/21/2009 | Arnold G. Fischer, Trustee the Arnold G. and Ester Fischer Family Trust DTD December 19, 1983 | Series A | PA-71 | 87,719 |
| 7/21/2009 | Jerome Janger, Trustee the Jerome & Linda Janger Revocable Trust | Series A | PA-72 | 43,859 |
| 7/21/2009 | Gemtek Investment Co., Ltd. | Series A | PA-73 | 1,754,385 |
| 9/18/2009 | AFAB II LLC | Series A | PA-74 | 26,315 |
| 9/18/2009 | Chun-Hung Lu & Li-Fu Chen held Joint Tenancy | Series A | PA-75 | 61,403 |
| 9/18/2009 | David J. Balicki | Series A | PA-76 | 65,789 |
| 9/18/2009 | Timothy S. Wada | Series A | PA-77 | 0 |
| 9/18/2009 | Richard and Kelly Balue | Series A | PA-78 | 16,812 |
| 9/18/2009 | JBJK Investments, LP | Series A | PA-79 | 16,812 |
| 9/18/2009 | Mitchell Lynn, Trustee of The Lynn Family Trust, UDT 3/15/85 | Series A | PA-80 | 16,812 |
| 9/18/2009 | Michael Consalvi | Series A | PA-81 | 16,812 |
| 9/18/2009 | Richard Low | Series A | PA-82 | 16,812 |
| 12/30/2009 | CM Polymers, Inc, PSP Cathleen Myers Trustee | Series A | PA-83 | 87,719 |
| 12/30/2009 | CM Polymers, Inc. | Series A | PA-46 | (87,719) |
| 3/10/2010 | Tessera Group, LP | Series A | PA-84 | 16,812 |
| 3/31/2011 | Polycomp Trust Company Custodian FBO John Thompson ROTH IRA | Series A | PA-85 | 43,859 |
| 3/31/2011 | F&S International Products Inc - Employee Incentive RETMT Plan U/A 01/01/1998 - FBO John Thompson | Series A | PA-50 | (43,859) |
| 3/31/2011 | Polycomp Trust Company Custodian J.G. Thompson ROTH IRA | Series A | PA-86 | 87,719 |

| All Stock | | | | Total # of Shares |
|---|---|---|---|---|
| 3/31/2011 | F&S International Products Inc - Employee Incentive RETMT Plan U/A 01/01/1998 - FBO Christopher Thompson | Series A | PA-51 | (87,719) |
| 5/31/2012 | Justin Woo | Series A | PA-87 | 31,188 |
| 5/31/2012 | Richard Balue | Series A | PA-88 | 31,188 |
| 5/31/2012 | David Bohline | Series A | PA-89 | 31,188 |
| 5/31/2012 | Apollo Interactive, Inc. | Series A | PA-12 | (93,564) |
| 7/23/2012 | Justin Woo | Series A | PA-90 | 29,240 |
| 7/23/2012 | Richard Balue | Series A | PA-91 | 29,240 |
| 7/23/2012 | David Bohline | Series A | PA-92 | 29,239 |
| 7/23/2012 | Apollo Interactive, Inc. | Series A | PA-48 | (87,719) |
| 12/14/2012 | Claudia Wintergerst | Series A | PA-93 | 43,860 |
| 12/14/2012 | Marie Wintergerst, Trustee of Marie Wintergerst Truste UAD 10/2/91 | Series A | PA-37 | (43,860) |
| 12/14/2012 | Frederick E. Wintergerst Revocable Trust Dated August 20, 1998 | Series A | PA-94 | 43,859 |
| 12/14/2012 | Marie Wintergerst, Trustee of Marie Wintergerst Truste UAD 10/2/91 | Series A | PA-37 | (43,859) |
| 8/28/2013 | Blue Sky Network, LLC | Series A | PA-95 | 140,187 |
| 8/28/2013 | Michael A. Willner | Series A | PA-4 | (140,187) |
| 8/28/2013 | Michael A. Willner | Series A | PA-96 | 219,457 |
| 8/28/2013 | Michael A. Willner | Series A | PA-4 | (219,457) |
| 9/3/2013 | Mitchell Lynn, Trustee of The Lynn Family Trust, UDT 3/15/85 | Series A | PA-97 | 140,187 |
| 9/3/2013 | Michael A. Willner | Series A | PA-96 | (140,187) |
| 9/3/2013 | Michael A. Willner | Series A | PA-98 | 79,270 |
| 9/3/2013 | Michael A. Willner | Series A | PA-96 | (79,270) |
| 7/8/2014 | JBJK Investments, LP | Series A | PA-99 | 100,000 |
| 7/8/2014 | Robert J. Morris | Series A | PA-3 | (100,000) |
| 7/8/2014 | Robert J. Morris | Series A | PA-100 | 40,346 |
| 7/8/2014 | Robert J. Morris | Series A | PA-3 | (40,346) |
| 8/26/2014 | JBJK Investments, L.P. | Series A | PA-101 | 69,443 |
| 8/26/2014 | Richard Low | Series A | PA-58 | (52,631) |
| 8/26/2014 | Richard Low | Series A | PA-82 | (16,812) |
| 11/12/2014 | LFP, L.P. | Series A | PA-102 | 46,729 |
| 11/12/2014 | Mitchell Lynn, Trustee of The Lynn Family Trust, UDT 3/15/85 | Series A | PA-97 | (46,729) |
| 11/12/2014 | Mitchell Lynn, Trustee of The Lynn Family Trust, UDT 3/15/85 | Series A | PA-103 | 93,458 |
| 11/12/2014 | Mitchell Lynn, Trustee of The Lynn Family Trust, UDT 3/15/85 | Series A | PA-97 | (93,458) |
| 11/24/2014 | JBJK Investments, L.P. | Series A | PA-104 | 49,544 |
| 11/28/2014 | LFP, L.P. | Series A | PA-105 | 29,726 |
| 11/28/2014 | Michael A. Willner | Series A | PA-98 | (79,270) |
| 3/16/2016 | Lillian Cheung | Series A | PA-106 | 100,000 |
| 3/16/2016 | Blue Sky Network, LLC | Series A | PA-95 | (100,000) |
| 3/16/2016 | Blue Sky Network, LLC | Series A | PA-107 | 40,187 |
| 3/16/2016 | Blue Sky Network, LLC | Series A | PA-95 | (40,187) |
| 8/31/2016 | Jon Gilbert | Series A | PA-108 | 90,007 |
| 8/31/2016 | Blue Sky Network, LLC | Series A | PA-18 | (90,007) |
| 8/31/2016 | Lillian Cheung | Series A | PA-109 | 40,187 |
| 8/31/2016 | Blue Sky Network, LLC | Series A | PA-107 | (40,187) |
| 8/31/2016 | Jenifer Gilbert Michael | Series A | PA-110 | 16,000 |
| 8/31/2016 | Karly E. Gilbert | Series A | PA-111 | 16,000 |
| 8/31/2016 | Gilbert Family Trust | Series A | PA-112 | 58,007 |

| Date | Name | All Stock | Series A | PA-108 | Total # of Shares |
|---|---|---|---|---|---|
| 8/31/2016 | Jon Gilbert | | Series A | PA-108 | (90,007) |
| 5/28/2010 | Grid Partners I, LP | | Series B | PB-1 | 2,154,008 |
| 5/28/2010 | UQIP New Growth Venture Fund I, UQI Partners Corporation, GP | | Series B | PB-2 | 429,941 |
| 5/28/2010 | Uniquest Corporation | | Series B | PB-3 | 429,941 |
| 5/28/2010 | Frederick E. Wintergerst | | Series B | PB-4 | 42,994 |
| 5/28/2010 | Michael A. Willner | | Series B | PB-5 | 128,982 |
| 5/28/2010 | Archimedes Capital LLC | | Series B | PB-6 | 21,497 |
| 5/28/2010 | Marie Wintergerst trustee UAD 10/2/91 by Fred Wintergerst | | Series B | PB-7 | 42,994 |
| 5/28/2010 | Richard Low | | Series B | PB-8 | 0 |
| 5/28/2010 | Saal Family Partners, LP | | Series B | PB-9 | 21,496 |
| 5/28/2010 | Mark Pincus | | Series B | PB-10 | 42,994 |
| 5/28/2010 | HED Family Partnership | | Series B | PB-11 | 107,485 |
| 6/24/2010 | San Diego Gas & Electric Company | | Series B | PB-12 | 214,970 |
| 12/15/2010 | San Diego Gas & Electric Company | | Series B | PB-13 | 214,970 |
| 11/12/2010 | Grid Partners I, LP | | Series B | PB-14 | 3,038,608 |
| 11/12/2010 | G-Technology Investment Co., Ltd. | | Series B | PB-15 | 859,882 |
| 11/12/2010 | Mark A. Guthrie | | Series B | PB-16 | 42,994 |
| 11/12/2010 | John Thompson Roth IRA | | Series B | PB-17 | 42,994 |
| 11/12/2010 | Chris Thompson Roth IRA | | Series B | PB-18 | 42,994 |
| 2/3/2011 | Chen Hung Wen | | Series B | PB-19 | 644,911 |
| 2/3/2011 | Grid Partners I, LP | | Series B | PB-20 | 300,958 |
| 3/31/2011 | Polycomp Trust Company Custodian FBO John Thompson ROTH IRA | | Series B | PB-21 | 42,994 |
| 3/31/2011 | John Thompson Roth IRA | | Series B | PB-17 | (42,994) |
| 3/31/2011 | Polycomp Trust Company Custodian FBO Christopher J.G. Thompson ROTH IRA | | Series B | PB-22 | 42,994 |
| 3/31/2011 | Chris Thompson Roth IRA | | Series B | PB-18 | (42,994) |
| 4/22/2011 | Donald & Susan Telage, as Joint Tenants | | Series B | PB-23 | 128,982 |
| 4/22/2011 | Susan Telage, Trustee of Donald N. Telage Trust F/B/O Nicole M. Telage | | Series B | PB-24 | 128,982 |
| 4/22/2011 | Michael A. Willner | | Series B | PB-25 | 171,976 |
| 4/22/2011 | Marie Wintergerst trustee UAD 10/2/91 by Fred Wintergerst | | Series B | PB-26 | 42,994 |
| 4/22/2011 | F&S International Products Inc. - Employee Incentive Retmt Plan U/A 01/01/1998 FBO Christopher Thompson | | Series B | PB-27 | 0 |
| 4/22/2011 | Saal Family Partners, LP | | Series B | PB-28 | 21,497 |
| 4/22/2011 | Mark A. Guthrie | | Series B | PB-29 | 42,994 |
| 4/22/2011 | Arnold G. Fischer, Trustee the Arnold G. and Ester Fischer Family Trust DTD December 19, 1983 | | Series B | PB-30 | 257,964 |
| 4/22/2011 | Frederick E. Wintergerst | | Series B | PB-31 | 42,994 |
| 4/22/2011 | Claudia Wintergerst | | Series B | PB-32 | 42,994 |
| 4/22/2011 | David Scott Kosch | | Series B | PB-33 | 42,994 |
| 4/22/2011 | Grid Partners I, LP | | Series B | PB-34 | 8,920,198 |
| 12/6/2011 | Frederick E. Wintergerst Revocable Trust dated August 20, 1998 | | Series B | PB-35 | 85,988 |
| 12/6/2011 | Frederick E. Wintergerst | | Series B | PB-4 | (42,994) |
| 12/6/2011 | Frederick E. Wintergerst | | Series B | PB-31 | (42,994) |
| 12/30/2011 | Grid Partners I, LP | | Series B | PB-36 | 3,610,215 |
| 8/26/2014 | JBIK Investments, L.P. | | Series B | PB-37 | 17,197 |
| 11/24/2014 | JBIK Investments, L.P. | | Series B | PB-38 | 188,099 |
| 11/24/2014 | Michael A. Willner | | Series B | PB-5 | (128,982) |
| 11/24/2014 | Michael A. Willner | | Series B | PB-25 | (59,117) |

| All Stock | | | | Total # of Shares |
|---|---|---|---|---|
| 11/28/2014 | LFP, L.P. | Series B | PB-39 | 112,859 |
| 11/28/2014 | Michael A. Willner | Series B | PB-25 | (112,859) |
| 12/30/2015 | Polycomp Trust Company CFBO Christopher J.G. Thompson IRA | Series B | PB-40 | 42,994 |
| | | | | |
| 6/11/2012 | Grid Partners II, LP | Series C | PC-1 | 4,155,550 |
| 6/11/2012 | Energy Technology Ventures, LLC | Series C | PC-2 | 2,793,647 |
| 6/11/2012 | Michael A. Willner | Series C | PC-3 | 69,841 |
| 6/11/2012 | Steven Friedman | Series C | PC-4 | 35,000 |
| 12/19/2012 | Speedline Investments Ltd. | Series C | PC-5 | 2,095,235 |
| 12/19/2012 | Grid Partners II, LP | Series C | PC-6 | 1,815,870 |
| 6/28/2013 | Enbridge (U.S.), Inc. | Series C | PC-7 | 6,984,118 |
| 6/28/2013 | Energy Technology Ventures, LLC | Series C | PC-8 | 1,222,220 |
| 6/28/2013 | Grid Partners II, LP | Series C | PC-9 | 2,296,552 |
| 1/24/2014 | Enbridge (U.S.), Inc. | Series C | PC-10 | 3,492,059 |
| 4/8/2014 | Grid Partners II, LP | Series C | PC-11 | 2,076,727 |
| 11/24/2014 | JBJK Investments, L.P. | Series C | PC-12 | 43,651 |
| 11/28/2014 | LFP, L.P. | Series C | PC-13 | 26,190 |
| 11/28/2014 | Michael A. Willner | Series C | PC-3 | (69,841) |
| | | | | |
| 7/22/2015 | AQORA ORW, LLC | Series D | PD-1 | 2,000,000 |
| 7/22/2015 | Grid Partners III, LP | Series D | PD-2 | 1,333,333 |
| 9/4/2015 | Grid Partners III, LP | Series D | PD-3 | 2,333,333 |
| 9/4/2015 | AQORA ORW, LLC | Series D | PD-4 | 1,833,333 |
| 10/27/2015 | AQORA ORW, LLC | Series D | PD-5 | 666,666 |
| 10/27/2015 | Grid Partners III, LP | Series D | PD-6 | 700,000 |
| 12/28/2015 | AQORA ORW, LLC | Series D | PD-7 | 150,000 |
| 1/19/2016 | Grid Partners III, LP | Series D | PD-8 | 1,200,000 |
| 2/26/2016 | Grid Partners III, LP | Series D | PD-9 | 0 |
| 3/3/2016 | Grid Partners III, LP | Series D | PD-10 | 0 |
| 3/4/2016 | Grid Partners III, LP | Series D | PD-11 | 0 |
| 4/12/2016 | AQORA ORW, LLC | Series D | PD-12 | 200,000 |
| 4/19/2016 | Grid Partners III, LP | Series D | PD-13 | 14,258,999 |
| 4/29/2016 | Grid Partners III, LP | Series D | PD-14 | 300,000 |
| 4/28/2016 | David Dull | Series D | PD-15 | 419,094 |
| 4/28/2016 | Wolfen Revocable Trust dtd 7/22/2002 | Series D | PD-16 | 2,182,683 |
| 5/4/2016 | Grid Partners III, LP | Series D | PD-17 | 600,000 |
| 5/16/2016 | Atlantic Realty Group, Inc. | Series D | PD-18 | 147,456 |
| 4/30/2016 | Charles Liu | Series D | PD-19 | 348,018 |

CSD 1008 [08/21/00]
Name, Address, Telephone No. & I.D. No.

**Sullivan Hill Rez & Engel, APLC**
**Christopher V. Hawkins 222961**
**600 B Street**
**Suite 1700**
**San Diego, CA 92101**
**(619) 233-4100**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
**Ingenu Inc.**

BANKRUPTCY NO.

Debtor.

## VERIFICATION OF CREDITOR MATRIX

PART I (check and complete one):

[✔] New petition filed. Creditor diskette required.        TOTAL NO. OF CREDITORS: __275__

[ ] Conversion filed on _____. *See instructions on reverse side.*
     [ ] Former Chapter 13 converting. Creditor diskette required.        TOTAL NO. OF CREDITORS:_____
     [ ] Post-petition creditors added.  Scannable matrix required.
     [ ] There are no post-petition creditors. No matrix required.

[ ] Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*
     [ ] Names and addresses are being ADDED.
     [ ] Names and addresses are being DELETED.
     [ ] Names and addresses are being CORRECTED.

PART II (check one):

[✔] The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

[ ] The above-named Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: __July 27, 2020__

**Alvaro Gazzolo**/**Chief Executive Officer**
Signer/Title

### REFER TO INSTRUCTIONS ON REVERSE SIDE

CSD 1008

`CSD 1008 (Page 2)` [08/21/00]

## INSTRUCTIONS

1) Full compliance with <u>Special Requirements for Mailing Addresses</u> (CSD 1007) is required.

2) A creditors matrix with <u>Verification</u> is required whenever the following occurs:

   a) A new petition is filed. Diskette required.

   b) A case is converted on or after SEPTEMBER 1, 2000. (See paragraph 4b concerning post-petition creditors.)

   c) An amendment to a case on or after SEPTEMBER 1, 2000, which adds, deletes or changes creditor address information on the debtor's Schedule of Debts and/or Schedule of Equity Security Holders. Scannable matrix format required.

3) The scannable matrix must be <u>originally</u> typed or printed. It may not be a copy.

4) CONVERSIONS:

   a) When converting a Chapter 13 case filed before SEPTEMBER 1, 2000, to another chapter, <u>ALL</u> creditors must be listed on the mailing matrix at the time of filing and accompanied by a <u>Verification</u>. Diskette required.

   b) For Chapter 7, 11, or 12 cases converted on or after SEPTEMBER 1, 2000, <u>only post-petition creditors need be listed on the mailing matrix</u>. The matrix and <u>Verification</u> must be filed with the post-petition schedule of debts and/or schedule of equity security holders. If there are no post-petition creditors, only the verification form is required. Scannable matrix format required.

5) AMENDMENTS AND BALANCE OF SCHEDULES:

   a) <u>Scannable matrix format required.</u>

   b) The matrix with <u>Verification</u> is a document separate from the amended schedules and may not be used to substitute for any portion of the schedules. IT MUST BE SUBMITTED WITH THE AMENDMENT/BALANCE OF SCHEDULES.

   c) Prepare a separate page for each type of change required: ADDED, DELETED, or CORRECTED. On the **REVERSE** side of each matrix page, indicate which category that particular page belongs in. Creditors falling in the same category should be placed on the same page in alphabetical order.

6) Please refer to CSD 1007 for additional information on how to avoid matrix-related problems.

CSD 1008

.

Aaron Pullman
14904 Amso St
Poway, CA 92064


Accruent
11500 Alterra Parkway, Suite 110
Austin, TX 78758


Aether Wind Technologies, Inc.
306 Tait McKenzie St
Almonte, Ontario K0A 1A0


Air802
1981 D Wiesbrook Drive
Oswego, IL 60543


ALDINE I.S.D.
2520 W.W. Thorne Blvd.
Houston, TX 77073


Allied Business Intelligence, Inc. (ABI)
69 Hamilton Ave,
Oyster Bay, NY 11771


Altium Inc
1 University Ave
South Lobby, Suite 2C
Westwood, MA 02090


Alvaro Gazzolo
 International Media Con
1154 Alfonso Ave
Miami, FL 33146


Alvaro Gazzolo
1154 Alfonso Ave
Coral Gables, FL 33146

American Tower Corporation   ATC
2655 Richmond Ave,
Staten Island, NY 10314


Ana Stjepovic
8064 Hemp Hill Drive
San Diego, CA 92126


Andrew Oliveira
9444 Questa Pointe Dr.
San Diego, CA 92126


APS
400 North 5th Street
Phoenix, AZ 85004


Aramark
600 E Luzerne
Phildelphia, PA 19124


Arizona Department of Economic Security
3406 N 51st Ave
Phoenix, AZ 85031


Arizona Dept. of Revenue
1600 W Monroe St
Phoenix, AZ 85007


AT & T Mobility CC
1025 Lenox Park BLVD NE A
Brookhaven, GA 30319


AT&T Mobility
208 S. Akard St.
Dallas, TX 75202

Avinash Pawar
9952 Kika Court
Apt no. 5222
San Diego, CA 92129


Avison Young Arizona, Ltd
2720 East Camelback Road
Suite 150
Phoenix, AZ 85016


B&T Group Holdings, Inc
1717 S Boulder Suite 300
Tulsa, OK 74119


Babak Cyrus Razi
345 North Maple Drive
Beverly Hills, CA 90210


BDO USA, LLP
130 E Randolph St
Chicago, IL 60601


BeneTrac
2385 Northside Drive
Suite #100
San Diego, CA 92108


Bernalillo County Treasurer
1 Civic Plz NW # C2
Albuquerque, NM 87102


Bexar County Tax Collector
Vista Verde Plaza Building
233 N. Pecos La Trinidad
San Antonio, TX 78207


BlueStream Professional Services, LLC
3305 Hwy 60 West
Faribault, MN 55021

BLUMBERG LAW GROUP LLP
137 N Acacia Ave
Solana Beach, CA 92075


Bureau of the Treasury
1500 Pennsylvania Avenue, NW
Washington, DC 20220


Bureau Revenue & Tax
1233 Westbank Expressway
Harvey, LA 70058


Business Wire, Inc.
40 East 52nd Street, 14th Floor
New York, NY 10022


CA Dep. of Tax & Fee Admin
450 N St
Sacramento, CA 95814


California EDD
Bankruptcy Unit, MIC 92E
P.O. Box 826880
Sacramento, CA 94280


California Secretary of State
1500 11th Street
Attn: Alex Padilla
Sacramento, CA 95814


Canon
8000 Mississauga Rd
Brampton, ON L6Y 5Z7


CCH Incorporated
2700 Lake Cook Road
Riverwoods, IL 60015

CEVA Freight LLC
15350 Vickery Drive
Houston, TX 77032


Chaoming Kang
11650 Kismet Road
San Diego, CA 92128


Cintas Corporation No. 2 Cintas Corp/Cin
6800 Cintas Boulevard
Cincinnati, OH 45262


City of Concord Collections
35 Cabarrus Ave. W
Concord, NC 28025


City of Garland
200 N. Fifth St.
Garland, TX 75040


CITY OF GARLAND
COREY WORSHAM RTA
217 N Fifth Street
Garland, TX 75046


City of Lake Worth
7 North Dixie Highway
Lake Worth Beach, FL 33460


City of Mesa
20 E. Main Street
Mesa, AZ 85201


City of Oceanside
300 N Coast Hwy
Oceanside, CA 92054

City of Rock Hill
155 Johnston Street
Rock Hill, SC 29730


City of San Marcos Business Licensing
1 Civic Center Dr
San Marcos, CA 92069


City of Scottsdale
3939 N. Drinkwater Blvd.
Scottsdale, AZ 85251


City of Union City
Property Tax Division
3715 Palisades Avenue
Union City, NJ 07087


Clarion Events Pte. Ltd.
69-79 Fulham High Street
London, England SW6 3JW


Colleen Cleary
15950 W. Monte Cristo Ave
Surprise, AZ 85374


Collin County Tax Collector
2300 Bloomdale Rd., Suite 2324
McKinney, TX 75071


Columbus City Treasurer
910 Dublin Rd
Columbus, OH 43215


Compliance International
40 Wall St # 1704
New York, NY 10005

Concierge Cleaning Services
Parker Tower Building 20
104-20 Queens Blvd
Forest Hills, NY 11375


Conductive Containers, Inc.
4500 Quebec Ave N
New Hope, MN 55428


Cooley Godward Kronish
55 Hudson Yard
New York, NY 10001


Cox Communication San Diego
5887 Copley Dr
San Diego, CA 92111


COX Communications Phoenix
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328


CPA Global Limited
7800 Shoal Creek Blvd #220w,
Austin, TX 78757


CPS Energy / City Public Service Board
146 Navarro
San Antonio, TX 78205


Crown Castle USA Inc.
55 Broad St 2nd floor
New York, NY 10004


CT Corporation
28 Liberty Street
New York City, NY 10005

Cynthia M Jordan
166 Westland St #2
Hartford, CT 06120


Dallas County Tax Collector
1201 Elm Street, Suite 2600
Dallas, TX 75270


Dan Werner
5871 Torca Ct
San Diego, CA 92124


David Carpenter
3127 Via Loma Vista
Escondido, CA 92029


David W Kish
338 Country Club Dr
New Orleans, LA 70124


DDH Enterprise, Inc
2220 Oak Ridge Way
Vista, CA 92081


Dekalb County Tax Commissioner
4380 Memorial Dr #100
Decatur, GA 30032


Delaware Secretary of State
820 N. French St., 4th Floor
Wilmington, DE 19801


Dell C/O DELL USA L.P.
1 Dell Way
Round Rock, TX 78664

Deloitte Tax LLP
30 Rockefeller Plaza
New York, NY 10112

Dennis Espey
9569 Paseo Montril
San Diego, CA 92129

DENTON CTY TAX ASSESSOR
400 N Valley Pkwy #1044
Lewisville, TX 75067

Digi Key Corp
701 Brooks Avenue
South Thief River Falls, MN 56701

Digital Talent Agents, LLC dba Influence
750 N San Vincente Blvd
Ste 950
West Hollywood, CA 90069

Division of Labor
7575 Metropolitan Drive
Ste. 210
San Diego, CA 92108

Dominion Virginia Power
120 Tredegar Street 6th Floor
Richmond, VA 23219

Doug Avant
4080 Kendall #5
San Diego, CA 92109

Doug Franke
659 Canyon Drive
Solana Beach, CA 92075

Duke Energy
550 South Tryon Street
Charlotte, NC 28202


El Paso Electric
100 N Stanton St
El Paso, TX 79901


ElectSolve Technology Solutions & Svcs
4300 Youree Dr, Bldg. 1
Shreveport, LA 71105


Employment Development Department
PO Box 826880 MIC 83
Sacramento, CA 94280-0001


Entergy Louisiana, LLC
425 West Capitol Avenue
Little Rock, AR 72201


ESMI, Inc.
6731 Cobra Way
San Diego, CA 92121


Fabian Tucker
3947 Coleman Avenue
San Diego, CA 92154


Faciliteq AZ LLC
1255 W Rio Salado Pkwy #111
Tempe, AZ 85281


FedEx
942 South Shady Grove Road
Memphis, TN 38120

First Class Vending, Inc.
6875 Suva Street
Bell Gardens, CA 90201


Flex
9 W 57th St,
New York, NY 10019


Flextronics International USA Inc
6201 AMERICA CENTER DRIVE
San Jose, CA 95002


Foley & Lardner LLP
90 Park Avenue
New York, NY 10016-1314


Fort Bend County Tax Assessor
1317 Eugene Heimann Circle
Richmond, TX 77469-3623


FPL
700 Universe Boulevard
Juno Beach, FL 33408


Frank Castaneda
4006 Via Serra
Oceanside, CA 92057


Freeman
444 Madison Ave #12
New York, NY 10022


Fulton County Tax Commissioner
141 Pryor St SW #1085
Atlanta, GA 30303

Galveston County Tax Collector
722 Moody Avenue (21st Street)
Galveston, TX 77550


Garland TX School District
501 S. Jupiter
Garland, TX 75042


Georgia Power
241 Ralph McGill Blvd. BIN 10151
Atlanta, GA 30308


GetGo Inc. Subsidiary of LogMeIn Inc.
10 Exchange Place
Jersey City, NJ 07302


GraphiCode Inc.
1924 Bickford Ave. #201
Snohomish, WA 98290


Grid Partners III A LP
345 N. Maple Drive, Suite 277
Beverly Hills, CA 90210


Guadalupe County
211 W. Court Street
Seguin, TX 78155


Guadalupe Tapia
13771 Marshall Lane
Tustin, CA 92780


Hafiz Hameed
15885 Paseo Del Sur
San Diego, CA 92127

Harris County Tax Collector
1001 Preston St.
Houston, TX 77002


Haulaway Storage Containers, Inc.
11292 Western Avenue
Stanton, CA 90680


HealthEquity
15 W. Scenic Pointe Drive, Ste. 100
Draper, UT 84020


Hendersonville Property Tax
Henderson County Tax Collector
200 N. Grove St.
Hendersonville, NC 28792


HiTem, Inc.
7420 Carroll Road
San Diego, CA 92121


Humble Independent School District Tax C
20200 Eastway Village Dr
Humble, TX 77338


iDeals Solution Group
44 Wall St
12th Floor,
New York, NY 10005


iGOE
PO Box 501480
San Diego, CA 92150


Imran Hameed
15885 Paseo Del Sur
San Diego, CA 92127

Indeed, Inc
7501 North Capital of Texas Highway, Bui
Austin, TX 78371


Indianapolis Power & Light Company
2102 N Illinois St
Indianapolis, IN 46202


Innovative Metal Products, Inc.
2443 Cades Way
Suite # 200
Vista, CA 92081


Insulated Wire, Inc.
960 Sylvan Ave #1000,
Bayport, NY 11705


Internal Revenue Service (IRS)
Insolvency Operations Unit
P.O. Box 7346
Philadelphia, PA 19101


Iron Mountain
1 Federal Street
Boston, MA 02110


JBJK INVESTMENTS, LP
1298 PROSPECT STREET, STE 1D
La Jolla, CA 92037


Jianhong Fang
12636 Sarsaparilla St
San Diego, CA 92129-3735


Jianhong Fang
12636 Sarsaparilla Street
San Diego, CA 92129

Jignesh Patel
16088 Caminito De Linda
San Diego, CA 92128


John and Barbara Gilbert
1298 PROSPECT STREET, STE 1D
La Jolla, CA 92037


John Jeter & Mike Stocker
Renesas Electronics America
1001 Murphy Ranch Road
Milpitas, CA 95035


Jordan & Company
399 Park Ave
New York, NY 10022


Jose M Roqueni
1308 Stanislaus Drive
Chula Vista, CA 91913


Joshua T Builta
6033 East Beck Lane
Scottsdale, AZ 85254


Kaiser
1 Kaiser Plz
Oakland, CA 94612


KBSII Horizon Tech Center, LLC
10343 Meanley Dr
San Diego, CA 92131


Krishnakumar, Sreelakshmi
10146 Baylee Ln
San Diego, CA 92127

Kumar, Rahul
3875 Florida St.
Unit #2
San Diego, CA 92104


Kupstas, Robert
Yang & Yamazaki Energy & Environment (Y2
473 Via Ortega, Suite 292B
Stanford, CA 94305-4020


Lakefront Associates, LLC
c/o Wallin & Russel
26000 Town Centre Dr. 130
Foothill Ranch, CA 92610


Landsberg Orora


Lark Engineering, Inc.
2000 W Corporate Way
Anaheim, CA 92801


Larry Gaddes PCAC, CTA William county Ta
904 South Main Street
Georgetown, TX 78626


Latin America Regulatory Compliance Grou
5200 SW Meadows Rd
Suite 150
Lake Oswego, OR 97035


Level 3 Communications TW Telecom
100 CenturyLink Drive
Monroe, LA 71203


LFT Capital LLC
2245 SAN DIEGO AVENUE, #125
San Diego, CA 92110

Liberty Test Equipment, Inc.
1640 Lead Hill Blvd., Suite 120,
Roseville, CA 95661


Lighthorse Technologies, Inc.
9511 Ridgehaven Ct # B
San Diego, CA 92123


Lightwave Broadband, LLC
27525 Valley Center Rd.
P.O. Box 3008
Valley Center, CA 92082


Lisa D Serrano
12596 Fairbrook Rd
San Diego, CA 92131


Litle & Co
100 WASHINGTON AVE S
STE 1200
MPLS, MN 55401


LKP Global Law LLP
1901 Avenue of the Stars
Los Angeles, CA 90067


LogiSense Corporation
278 Pinebush Rd #101
Cambridge, Ontario N1T1Z6


Loren Hiew
12211 Avenida Consentido
San Diego, CA 92128


Manpower Temp Services
99 Park Ave 9th floor,
New York, NY 10016

Marietta
205 Lawrence Street
Marietta, GA 30060


Marion County Tax Collector
503 SE 25th Ave
Ocala, FL 34471


Mark Malopy
547 Nantucket Ct.
Encinitas, CA 92024


Mark Strawn
8241 Hudson Drive
San Diego, CA 92119


Marychello Bockenhauer
2676 B St
San Diego, CA 92102


Matthew Hughes
3622 Jackdaw St
San Diego, CA 92103


Md7, LLC
10590 W Ocean Air Dr
#300
San Diego, CA 92130


Memphis Light, Gas and Water Division
220 South Main Street
Memphis, TN 38103


MetLife Small Business Center
200 Park Ave
New York, NY 10166-0188

Michael Peralta
11776 Avenida Anacapa
El Cajon, CA 92019


Michelle Koenig
17013 Albert Ave
San Diego, CA 92127


MISSION FEDERAL CREDIT UNION
10325 Meanley Drive
San Diego, CA 92131


Mobile Mark, Inc.
1140 W Thorndale Ave
Itasca, IL 60143


Montgomery County
Tax Collector
400 N. SAN JACINTO
CONROE, TX 77301-2823


Mouser Electronics, Inc.
1165 Allgood Road, Suite 20
Marietta, GA 30062


Mr. Andrew C. White
Trilliant Networks (Canada), I
20 Floral Parkway
Concord, ON L4K 4R1, Canada


Multek Technologies Limited
101 Academy Dr.
Irvine, CA 92617


Mutual of Omaha c/o Sandy Schwennesen
3300 Mutual of Omaha Plaza
Omaha, NE 68175

Nancy J Equihua
13771 Marshall Lane
Tustin, CA 92780


Nashville Electric Service
1214 Church St
Nashville, TN 37246


NDJR Grid Partners II, LLC
460 Park Avenue, Ste 1501
New York, NY 10022


Nemko Canada
303 River Rd
Ottawa, Ontario K1V 1H2


Newport Board Group LLC
12 Broad Street
Redbank, NJ 07701


Nick Gifford
4624 Mississippi Street
Unit 2
San Diego, CA 92116


Nokia Solutions and Networks US, LLC SAC
240 Line St
Easton, PA 18042


Northcentral Electric Power Association
4600 Northcentral Way
Olive Branch, MS 38654


NV Energy
6226 W. Sahara Ave.
Las Vegas, NV 89146

Octiv Inc.
54 Monument Circle
Ste 200
Indianapolis, IN 46204


Ohio Power Company dba AEP Ohio
1 Riverside Plaza
Columbus, OH 43215-2372


Oracle America, Inc
500 Oracle Parkway
Redwood Shores, CA 94065


Orlando Utilities Commission
100 W Anderson St
Orlando, FL 32801


OSI Electronics
12533 Chadron Ave
Hawthorne, CA 90250


Palomar Communications
2230 Micro Pl
Escondido, CA 92029


Parker Chomerics Parker Hannifin Corpora
135 Bryant Ave
Cranford, NJ 07016


Parker Hannifin Corporation
6035 PARKLAND BLVD
Cleveland, OH 44124


PASADENA ISD
 TAX ASSESSOR/COLLECTOR
2223 Strawberry Rd
Pasadena, TX 77502

Pedernales Electric Cooperative, Inc.
201 S. Avenue F
Johnson City, TX 78636


Philip Peshin
16539 4S Ranch Parkway
San Diego, CA 92127


Phoenix Mecano - Rose Bopla
7330 Executive Way
Frederick, MD 21704


Phoenix Mecano, Inc.
7330 Executive Way
Frederick, MD 21704


Phong Tran
4232 46th Street
Apt. #4
San Diego, CA 92115


Piedmont Electric Membership Cooperative
Post Office Drawer 1179
Hillsborough, NC 27278-1179


Pitney Bowes
3001 Summer St.
Stamford, CT 06926


Pompano Beach Permit Number 16 8062
100 W Atlantic Blvd
Pompano Beach, FL 33060


Praetorian Group. Inc.
66-85 73rd Place,
2nd Floor,
Middle Village, NY 11379

Pratik Yadav
9952 Kika Ct
Apt 5222
San Diego, CA 92129


PRECISION GRAPHIC SYSTEMS
9353 Activity Rd
San Diego, CA 92126


Pricewaterhouse Coopers LLP.
90 Park Ave,
New York, NY 10016


Principal Financial Group
711 High Street
Des Moines, IA 50392


Promar Designs, Inc.
1106 Second Street,
Studio 606
Encinitas, CA 92024


Qi Zhang
8239 Stage Coach Place
San Diego, CA 92129


Quality Systems Integrated Corporation
6740 Top Gun Street
San Diego, CA 92121


Rain Cloud Water Mgmt LLC
114 Mallard Cove
Bay, AR 72411


Ramsey Electonics, Inc.
590 Fishers Station Dr,
Victor, NY 14564

Richardson RFPD
1950 S Batavia Ave #100
Geneva, IL 60134


Rick Price
1730 Orchard Wood Rd
Encinitas, CA 92024


Riverside County Treasurer
38-686 El Cerrito Rd
Palm Desert, CA 92211


Rob Boesel
11229 Wheatland Place
San Diego, CA 92131


Rocky Mountain Power
1407 W North Temple
Salt Lake City, UT 84116


RPMA International, Corp.
PH Prime Tower, Of 12D
Costa del Este
Panama City, Panama


RTx Technology Co., Ltd.
58-18 Hyunduk-ro Anjung-eup
Pyeongtaek-si
Gyeonggi-do, Korea 17942-0000


Ryan, LLC
Three Galleria Tower
13155 Noel Road
Suite 100
Dallas, TX 75240-5090


Salt River Project
1500 N. Mill Ave.
Tempe, AZ 85281, AZ 85281

San Diego County Tax Collector
San Diego County Admin. Center
1600 Pacific Hwy, Room 162
San Diego, CA 92101


San Diego Pension Consultants
5628 Copley Dr
San Diego, CA 92111


Sandra Phan
807 Crestview Court
San Marcos, CA 92078


Santa Fe ISD
4133 Warpath
P O Box 370
Santa Fe, TX 77510


Saul Beniquez
5654 NW 122nd Ave
Coral Springs, FL 33076


SBA Network Services, LLC
8051 Congress Ave
Boca Raton, FL 33487


Scalematrix
5775 Kearny Villa Road
San Diego, CA 92123


Sematext Group, Inc.
540 President St
Brooklyn, NY 11215


Serrano, Lisa D
12596 Fairbrook Rd
San Diego, CA 92131

Shelby County Trustee
157 Poplar Ave #200
Memphis, TN 38103


Sheppard Mullin Richter & Hampton LLP
30 Rockefeller Plaza
New York, NY 10112


Signa Digital Solutions
8525 Camino Santa Fe suite g
San Diego, CA 92121


Silicon Valley Bank Mastercard
3003 Tasman Dr.
Santa Clara, CA 95054


SkyRiver Communications, Inc. Accounts R
411 E Clinton Ave
Athens, TX 75751-3420


Snezana Stjepovic
8064 Hemp Hill Drive
San Diego, CA 92126


Srikanth Uppala


SSAE 16 Professionals, LLP
750 3rd Avenue
New York, NY 10017


Staples Business Advantage Staples Contr
125 Mushroom Blvd
Rochester, NY 14623

StarTex Power Constellation Newenergy, I
100 Constellation Way Ste 500
Baltimore, MD 21202-6302


Storage West
14254 Poway Road
Poway, CA 92064


Streamline
22722 29th Drive SE, Suite 100
Bothell, WA 98021


Suelyn Manush Wallace


Sumner County Trustee
355 Belvedere Dr N # 107
Gallatin, TN 37066


Sunil Agrawal
230 S.W. Mudd
Mail Code 4703
Broadway & 120th street
New York, NY 10027


Talley Inc.
160 Jony Dr
Carlstadt, NJ 07072


Tarrant County Tax Collector
100 E. Weatherford Street
Fort Worth, TX 76196


TECO
1331 Pennsylvania Avenue NW UNIT 510
Washington, DC 20004

Ted Myers
346 Bandera Street
La Jolla, CA 92037


Tessco Technologies, Inc.
Global Logistics Center
11126 McCormick Road
Hunt Valley, MD 21031-1494


The City of East Point Georgia
East Point City Hall
2757 E Point Street
East Point, GA 30344


The ProSource Group, Inc.
27467 St. Andrews Lane
Valley Center, CA 92082


Thoughtclan Technologies Pvt. Ltd.
111-113 High St Evesham
Worcestershire, UK WR11 4XP


Timesys Corporation
1905 Boulevard of the Allies
Pittsburgh, PA 15219


TN Metropolitan Trustee
700 2nd Ave S
Nashville, TN 37210


Tower Resource Management, LLC
16 Chestnut Street
Ste 400
Foxboro, MA 02035-1462


Town of Landis
P.O. Box 8165
312 S. Main Street
Landis, NC 28088

Travis County Tax Office
5501 Airport Blvd
Austin, TX 78751-1410


Travis Hornung
807 Cornish Dr
Encinitas, CA 92024


Tri County Electric Cooperative, Inc.
600 NW Parkway
Azle, TX 76020


TRILLIANT NETWORKS (CANADA)
401 HARRISON OAKS BLVD
Cary, NC 27513


TTM Technologies
1665 Scenic Avenue
Suite 250
Costa Mesa, CA 92626


TTM Technologies aka Viasystem
4 Old Monson Rd
Stafford Springs, CT 06076


Underwriters Laboratories Inc.
1285 Walt Whitman Rd
Melville, NY 11747


United Health Care Wells Fargo Lockbox,
275 7th Avenue
New York, NY 10001


United States Treasury
1500 Pennsylvania Ave NW
Washington, DC 20220

Upland
1660 Highway 100 South, Ste 38
Minneapolis, MN 55416


Vectus
2424 Garden of the Gods Road
Colorado Springs, CO 80919


Verizon Wireless
57 W 57th St
New York, NY 10019


Vicky Taylor
6141 Dirac Street
San Diego, CA 92122


WellAware Holdings Inc.
3424 Paesanos Pkwy #200
San Antonio, TX 78231


West End Hotel LLC C/O Marshall Fried
2555 West End Ave
Nashville, TN 37203


Westpak, Inc.
83 Great Oaks Blvd
San Jose, CA 95119


William County Trustee
1320 West Main Street
Suite 203
Attn: Karen Paris - Trustee
Franklin, TN 37064


William Schmidt
1749 NE Miami Ct
Unit 211
Miami, FL 33132

William Simpson
5915 Seacrest View Road
SAN DIEGO, CA 92121


Wilson County Tax Office
113 Nash St E # 100
Wilson, NC 27893


Witz Communications Inc.
555 Fayetteville St #300
Raleigh, NC 27601


Xcel Energy Public Service Company of Co
800 Nicollet Mall
Minneapolis, MN 55402


York Electric Cooperative, Inc.
1385 Alexander Love Hwy
York, SC 29745

# United States Bankruptcy Court
## Southern District of California

In re    __Ingenu Inc.__

                                            Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Ingenu Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__July 27, 2020__
Date

/s/ Christopher V. Hawkins
__Christopher V. Hawkins 222961__
Signature of Attorney or Litigant
Counsel for    __Ingenu Inc.__
__Sullivan Hill Rez & Engel, A Professional Law Corporation__
__600 B Street__
__Suite 1700__
__San Diego, CA 92101__
__(619) 233-4100 Fax:(619) 231-4372__
__hawkins@sullivanhill.com__

## United States Bankruptcy Court
### Southern District of California

In re   **Ingenu Inc.**

_____
Debtor(s)

Case No. _____

Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Alvaro Gazzolo**, declare under penalty of perjury that I am the Chief Executive Officer of  **Ingenu Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 27th day of July, 2020 .

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alvaro Gazzolo, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alvaro Gazzolo, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alvaro Gazzolo, Chief Executive Officer** of this Corporation is authorized and directed to employ **Christopher V. Hawkins 222961**, attorney and the law firm of **Sullivan Hill Rez & Engel, A Professional Law Corporation** to represent the corporation in such bankruptcy case."

Date   **July 27, 2020**

Signed   _____
         **Alvaro Gazzolo, Chief Executive Officer**

Resolution of Board of Directors
of
**Ingenu Inc.**


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Alvaro Gazzolo**, **Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Alvaro Gazzolo**, **Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Alvaro Gazzolo**, Chief Executive Officer of this Corporation is authorized and directed to employ **Christopher V. Hawkins 222961**, attorney and the law firm of **Sullivan Hill Rez & Engel, A Professional Law Corporation** to represent the corporation in such bankruptcy case.


Date   **July 27, 2020**                    Signed _____

                                                    **Alvaro Gazzolo, Director**